**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*
*OCT -8 2019*
*JEFFREY P. COLWELL*
*CLERK*

Civil Action No. _____

(To be supplied by the court)

_Alan Johnson_ , Plaintiff

v.

_Border, Renk, Palm, Nurse Maria Nevaraz, J.Schmidt, Barksdale, Uribe, Volzenberger, Sgt Press, chaplain Jane DoeLove, chaplain John Doe, Juan Karnes, Gerardo Wence, Nurse Risi KatiNurse Michell Barry, warden Matthew Klauen, Joe Fisher, Brian Scott, Penali, Kelly Joe Clark, Sgt Recchely, Nurse Curtis Murphy, Xiawsten_ , Defendant(s), _Dr. Laura Sten, Rogge warden Ryan Long, and officer John Doe_

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**PRISONER COMPLAINT**

<table>
<tr><td>

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

</td></tr>
</table>

Original form provided free of Charge by CO DOC Legal Services to
Offender   JOHNSON      DOC# 177601
Date   OCT 0 3 2019

Defendant (s): Scott Speaks, Dr. Kavina Thompson, Rudriguez, Giles, Tonchie, Captain Scott, Carpenter, Booth, Nurse Victoria Rollons, Dr. Vargas, Bustamante, Sgt Miller, Sgt Mason cup Karin, Sgt Reyna, Sgt wargo, Captain Hawkin, LT wargo, LT Layton, LT Malamado, Sgt Kelly, Sgt Miller, Lewis, Mertens, Suppes, Arguello, Ruland Jackson, Dolley, Hartma Nurse Kendra, Nurse Haley Faulkner, Quilin, Neece, Lucero, Andriello, Elbel, Mitchel, Nurse Brittany, Leon Johnson, Nurse Chantel Lehman, Moreno, Wingert, Shine, LT weaver LT Piel, Pappas, LT Crowder, LT Fernandez, Hardaway, Taylor, Sgt Taylor, mantych, Tuck Captain Wingstrom, Reedy, Sgt Overturf, Nurse Mitchell, Crazy Ward, Nicole Wilson May Rider, Paccione, Nurse Kayla Fritz, Tetrault, LT Torrez

**A.     PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

_Cabari Johnson #177601 currently at P.O. Box 777_
(Name, prisoner identification number, and complete mailing address)

_Canon City, CO, 81212_
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_     Pretrial detainee

\_\_\_\_     Civilly committed detainee

\_\_\_\_     Immigration detainee

\_\_\_\_     Convicted and sentenced state prisoner

\_\_\_\_     Convicted and sentenced federal prisoner

\_\_\_\_     Other: (*Please explain*) _____

**B.     DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  _Charles Border, Deputy, 2739 E. Las Vegas St_
(Name, job title, and complete mailing address)

_Colorado Springs, CO, 80906_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes \_\_\_ No (*check one*).  Briefly explain:

_Charles Border Knowingly acted under the color of law_

Defendant 1 is being sued in his/her  ✓ individual and/or  ✓ official capacity.

2

Defendant 2: _Palm Deputy, 2739 E. Las Vegas St. Colorado Springs_
(Name, job title, and complete mailing address)

_CO, 80906_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_Palm Knowingly acted under the color of law_

_____

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: _Maria Nevarez, Nurse, 2739 E. Las Vegas St. Colorado Springs,_
(Name, job title, and complete mailing address)

_CO, 80906_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_Maria Nevarez Knowingly acted under the color of_
_law_

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

3

Defendant #4 Rank, Defendant #5 J. schmidt, Defendant #6 Barksdale
Defendant #7 Uribe and Defendant #8 Xakenberger's addresses are the same
2739 E. Las Vegas St
Colorado Springs, CO, 80906
Defendant 4, 5, 6, 7 and 8 all knowingly acted under the color of state law
and is being sued in his individual and official capacity.

Defendant #9 Sgt Pres, Defendant #10 Chaplain Jane Doe Love, Defendant #11 Chaplain
John Doe, Defendant #12 Juan Barnes, Defendant #13 Gerardo Wence, Defendant #14 Nurse Rsikat, Defendant #15 Nurse Michelle Barry, Defendant #16 Captain
Joe Fisher, Defendant #17 Captain Brian scott, Defendant #18 Penali, Defendant #19
Relly, Defendant #20 Joe Clark, Defendant #21 Sgt Beechly, Defendant #22
Nurse Curtis Murphy, Defendant #23 Xlauston, Defendant #24 Dr. Laura Allen,
Defendant #25 Ragged Defendant #26 Officer Julia Doe, Defendant #27 LT. Scott
Spratts, & Defendant #28 Dr. Karina Thompson's addresses are the same
P.O. Box 392004
Denver, CO, 80231
Defendants 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
27 & 28 all knowingly acted under the color of state law and is being
sued in his/her individual and official capacity.

Defendant #29 Dr Vargas, Defendant #30 Bustamante, Defendant #31 Sgt Miller,
Defendant #32 Sgt Nixon cup, Defendant #33 Kevin, Defendant #34 Sgt Reyna,
Defendant #35 Sgt Vargas, Defendant #36 Captain Xlawkins, Defendant #37 LT Vargas,
Defendant #38 LT Laytin, Defendant #39 LT Malanado, Defendant 40 Sgt Kelly,
Defendant #41 Sex Killer, Defendant #42 Lewis, Defendant #43 Nurse Kayla Fritz
Defendant #44 Sgt Picciave, Defendant #45 LT Torrez, Defendant #46 Tétrault
addresses are the same: 49030 St. Highway 71
Limon, CO, 80826

Defendants 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45 and 46 all knowingly acted under the color of law and is being sued in his/her individual and official capacity.

Defendant #47 Mertens, Defendant #48 Sgt Suppes, Defendant #49 Argudello, Defendant #50 Lt Roland Jackson, Defendant #51 Sgt Dolley, Defendant #52 Sgt Klavlman, Defendant #53 Nurse Kendra, Defendant #54 Nurse Haley Faulkner, Defendant #55 Lt Quilin, Defendant #56 Neece, Defendant #57 Lucero, Defendant #58 Sgt Andriello, Defendant #59 Elbel, Defendant #60 Mitchell, Defendant #61 Nurse Brittany, Defendant #62 Levin Johnson, Defendant #63 Nurse Chantel Litman, Defendant #64 Moreno, Defendant #65 Lt Vhiegert, Defendant #66 Shinn, Defendant #67 Lt weaver, Defendant #68 Lt Piel, Defendant #69 Pappas, Defendant #70 Lt Crowder, Defendant #71 Lt Fernandez Defendant #72 Hardaway, Defendant #73 Taylor, Defendant #74 Sgt Taylor, Defendant #75 Manfych, Defendant #76 Tuck, Defendant #77 Reedy Defendant #78 Captain Wingsham, Defendant #79 Sgt Overturf, Defendant #80 Nurse Mitchell, Defendant #81 Craves Ward, Defendant #82 Nicole Wilson Defendant #83 Mhy Rider, Defendant #84 Dental Assist. Rudriege, Defendant #85 Criles, Defendant #86 Tonchie, Defendant #87 Captain Scott Defendant #88 carpentar, Defendant #89 Booth, Defendant #90 Victoria Rallens  addresses are the same:  P.O. Box 6000 Sterling, CO, 80751

Defendants: 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81 82, 83, 84, 85, 86, 87, 88, 89 and 90 all knowingly acted under the color of law and is being sued in his/her individual and official capacity.

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Cruel and Unusal Punishment 8th Amendment Violation

Supporting facts:

Claim 2: Deliberate Indiffence 8th Amendment Violation

Claim 3: Equal Protection Clause 14th Amendment Violation

Claim 4: Free Excercise Clause 1st Amendment Violation

Claim 5: Establishment Clause 1st Amendment Violation

Claim 6: Retaliation For Speech 1st Amendment Violation

• On April 28, 2017 at approximately 7:30 a.m. inside Unit C1 at the facility of El Paso County, Deputy Borden refuses plaintiff Jabari Johnson of his medication, advising Mr. Johnson to lockdown. Plaintiff complies with staff's directives entering cell 27 once enclosed inside cell 27 Plaintiff requested grievances to exhaust his administrative remedies, yet Plaintiff was denied. Plaintiff expressed verbally to Deputy Borden that he is to have his medication due to severe injuries. At that present moment cell mate Haywood Miller of cell 27 was observant upon Deputy Bordens rage instructing the plaintiff to "Shut The fuck up and Cuff Up", in which the plaintiff complied. Plaintiff was then detained behind the back and escorted from the top tier of cell 27 on to the first floor Plaintiff indicated to Deputy Borden of El Paso's injustice expressing Deputy Bordens illicit actions depriving medication without just cause. Plaintiff was then heaved detained cuffed behind the back appos-sing no threat face first on to the metal counter-top inflicting immense pain to plaintiffs untreated fractured jaw causing a crack to a previous concavement of jaw inflicting immense pain to plaintiff's untreated fractured jaw loosening teeth. The plaintiff was then power driven to the floor appossing no threat as Deputy Borden knowingly and intentionally places his fore arm alongside the fracture causing pressure to injuries inflicting unbearable pain. Due to excessive for Haywood Miller, Joshua Schoonover, Cardo Mario, Saul Jones, and Anthony Pride verbally expressed concern towards Deputy Borden malicous and sadistic attempt to inflict unnecessary pain. Deputy Lunceford observed the situation as the plaintiff was escorted out of Unit C2, plaintiff declared xrays be taken in efforts to recieve adequate treatment yet staff denied plaintiffs attempt placing plaintiff back in cell 27 an hour later. At approximately 1:15 p.m. Deputy Borden approached cell 27 with extra food stating to the plaintiff if the earlier incident of use of force be forgotten, the plaintiff is more than welcome to an extra lunch rack. The plaintiff denied the Deputy's attempt of bribery. Mr. Haywood Miller as present during Deputy Bordens attempt. on

On 4/24/2017 Haywood Miller, Joshua Schoonover, Cardo Mario, Saul Jones, all wrote a declaration regarding deputy Bordens use of force.

On 4/28/2017 at approximately 8:25 pm at The El Paso County Facility of cell #27 side Unit C1 Deputy Ibarra expressed to the plaintiff Jabari Johnson that their e no longer paper-form grievances in which Ibarra state El Paso got rid of the forms.

Ibarra then states Deputy Border was wrong for using excessive force to plaintiff on 4/23/17 while Plaintiff was detained, Deputy Ibarra continued his statement stating that the plaintiffs criminal conviction of case 15CR2337 was a conspiracy of retaliation. Deputy Ibarra then signed, printed, dated, and gave his badge # on his declaration indicating the occurrences are in fact true. Inmate Haywood Miller was present also signing as a witness of being present during Ibarra's signing of declaration on 4/28/2017.

• On 5/13/2017 at the ElPaso County Facility of cell# 17 inside Unit B4 Deputy Ritchie produced a declaration stating he will testify to the several unnecessary acts of brutal force if the video's are revealed especially of the most recent of Plaintiff Jabari Johnson detained cuffed behind the back slammed on his face by Deputy Border which took place on 4/23/2017. Deputy Ritchie signed, printed, dated and provided his badge # on his declaration indicating these occurrances was in fact true.

• On 5/14/2017 at The ElPaso County Facility of cell #17 inside Unit 4 B Deputy R. smith was told by the Plaintiff that he is not to be on the top-her due to restrictions. plaintiff also gave R Smith his medical documents proving plaintiff's claim. Deputy R Smith states maybe that is the reason why they accommodated you with a lower bunk. Deputy R. Smith indicated he recalls plaintiff scooting around on his buttacks from cell to phone even after plaintiff produce documentation stating the plaintiff medical requirements are a wheelchair. R Smith furthermore state he remembers the unjust beatings by several Deputy's Gulford, Cable, Raven Camp and more! R. Smith states the plaintiff is brave to endure so much adversity and still be willing to proceed. Deputy R. Smith states he wishes more courage to pave the system corruption and that he wonders why their hasn't been any lawyers to assist the plaintiff Deputy R Smith then signed, printed, dated, and gave his badge # on his declaration indicating these occurrances are in fact true.

• On 6/7/2017 at the ElPaso County Facility of cell #28 inside Unit B4 Deputy Niemczyk witnessed several medical/dental documents regarding surgery to unhealed fractured jaw from 2 prior, along with records stating plaintiffs medical requirements are lower level tier restricted. Deputy Niemczyk goes further to say he has witnessed neglect towards Plaintiffs wounds to both fractured jaw and foot since the yr 2015-2017 Deputy Niemczyk then signed, printed, dated

and gave his badge # on his declaration indicating these occurances are in-fact true, Inmate Trevelle Johnson was present also signed as a witness while present as Deputy Niemczyk completed his declaration on 6/7/2017.

• On 6/29/2017 at approximately 12:30am. at The El Paso County Facility inside Unit C1 Deputy Rank indicated he dragged the plaintiff while holding during the year of 2016 because El Paso county would not give the plaintiff a wheelchair. Deputy Rank's remarks was intended to humiliate the plaintiff, yet Plaintiff expresses he will write a grievance due to Deputy Rank's comments. Deputy Rank then complains that he was joking and that he did not mean it. The plaintiff states he never joked with Rank and never will, also these circumstances surrounding Rank's actions were not a joke, were as they inflicted pain and injury with the malicious and sadistic intent to cause great bodily injury, therefore what part of the joke am I missing, the plaintiff said. Several inmates heard Rank's illicit statement causing inmates to sign declarations such as: Rayvaughn Milne, Clarence Williams, Jynae Pepper, Reginald Davis, Trevelle Johnson, and Everett Wright.

• On 6/29/2017 at approximately 10:35pm at the El Paso County Facility of cell #19 inside Unit C1 Deputy Palm indicated to plaintiff during p.m. medline that the plaintiff had to be brought his food tray because the plaintiff was unable to walk. Plaintiff states to Deputy Palm that the reason Palm brought the food tray to him is due to the fact Palm is the plaintiff's waitress. Deputy Palm replies, "I never met a waitress who slammed someone's face into the toilet referring to Jabari Johnson. Several inmates heard Deputy Palm's illicit malicious and sadistic comments intending to humiliate the plaintiff causing inmates to sign declarations such as: Rayvaughn Milne, Clarence Williams, Jynae Pepper, Reginald Davis, Trevelle Johnson, and Everett Wright.

On 6/29/2017 at approximately 11:00p.m. at the El Paso County Facility of cell #19 inside Unit 1, Deputy Davis stated that Palm apologizes about slamming the plaintiffs head into the toilet. Deputy Davis then states if Deputy Palm is going to brag and boast he will need lawyer, due to deputy Davis aggreeing that Deputy Palm admits to malicious and sadistic intent to cause bodily harm, Nurse Maria Nevarez was present during the outrageous conduct.

On 7/19/2017 at approximately 9:50am. at the El Paso County Facility of cell #19 inside

Unit C1 Deputy Palm became irrate due to cell mate Rayvaughn Milne refusing to joke or
play with Deputy Palm. Rayvaughn Milne had no interest in Palm's antics, due to deputy
Palm's verbal statement of assaulting plaintiff Jabari Johnson. After meds were taken by
Rayvaughn Milne and Plaintiff, both individually walked back inside cell the Deputy Palm then
slamms the door with force intending to injure the plaintiff in which Deputy Palm strikes the
plaintiff's right untreated injured foot. Plaintiff immediately presses the medical emergency
button indicating a medical emergency notifying Deputy Palm verbally that is foot is
injured Due to palm's actions. Nurse Maria Neveraz laughs stating you should have
moved it. Plaintiff expresses he was in route inside of his cell. Plaintiff then expresses
to palm once more of his injury. Deputy Palm then states in a sarcastic tone "Mama" Johnson's
foot". Maria then shrugs. Cell mate Rayvaughn Milne verbally asked Maria Neveraz
will she not attend to plaintiffs injury. Maria refuses to answer at approximately 10 p.m.
    At approximately 10 pm Deputy Rauer came to cell #19 stating he would like to look
at the plaintiff's foot, plaintiff then explains to deputy Rauer that he needs medical.
Cellmate Rayvaughn Milne was present.
    At approximately 11p.m 4 Deputies cuffed Plaintiff, cellmate Milne asked "Why do
you need to cuff him"? Deputy Tolles state for transport. Plaintiff complied being delained
behind the back. Deputy Palm retrieve plaintiff from cell #19, upon leaving Unit C1 Plaintiff
request to see Nurse Maria Neveraz to visually observe Plaintiffs injury. Deputy Palm
states maria cleared you, yet maria had never attempted to check plaintiff foot
nor did she walk towards the plaintiff's cell to check the plaintiffs foot for injuries. Plam
limps out of C1 placed in the SD Holding cell shortly after Deputy Rauer approaches the
SD cell, stating he actually really cares expressing he did not want to tell the plaintiff
while Palm was present. Afterwards Palm arrives stating Plaintiff is going to the hole
for inciting a riot. Plaintiff states to Deputy Palm that Deputy Palm is knowingly and intentio
-ally retaliating against the plaintiff when the plaintiff has done nothing wrong.
• On 7/10/2017 at approximately 5pm at ElPaso County's facility of cell #7 inside Unit B2
C.C. Bauman states L72 which is moving the plaintiff back up to C.2. C.O. Bauman also
states the exciting a riot charge was dropped on the plaintiff as well. Plaintiff limps bac

to C1 in pain due to injury to right foot.

- On 7/11/2017 at The ElPaso County Facility inside Unit C1 Nurse Carey Mc.Mahon states medical should do their jobs referring to treating the plaintiffs injuries. Nurse Carey also complains stating if staff wont do their job they should not be working in medical care. Plaintiff state due to plaintiffs intent to file a civil action regarding ElPaso countys corruption is the reason he is not recieving care. Nurse Carey Mc Mahon replies that those are rights that the plaintiff has and that staff should do their job regardless. Nurse Carey then expressed the plaintiff will need to take his sandal off due to the sandal placement being so close to the injury, stating Plaintiff will have to walk bare foot. Plaintiff then expresses he would grieve ElPaso regarding the fact Nurse Carey is being mishearted/relaitiatd again due to speaking of the injuries along with caring for the plaintiff as a patient due to medical needs. Nurse Carey state no it will make it harder on the plaintiff and staff will consistantly retailiate against you due to your upcoming case. Plaintiff states he has experienced retaliation and mistreatment since 2013, Nurse Carey then states I know as her face saddened.

- On 7/12/2017 at approximately 6am-7am at The ElPaso County Facility of cell #8 inside Unit C1 Deputy Rank states in the presence of medpass Nurse Tiara West that he would never drag the plaintiff, yet the plaintiff would not pick his legs up. Plaintiff state he was handicap/paralyzed in which you sadistically and maliciously attempted to cause great bodily injury using excessive force were force was not needed Deputy Rank states he apologizes, Plaintiff states its too late to apologize, because you wont be working here much longer, specially due to you stating these facts to your Sgt Deputy Rank facial expression grew angry, Deputy Rank then slamms the door to cell #8.

On 7/14/2017 at approximately 12:18 am at The ElPaso County Facility inside Unit C1 Nurse Carey Mc Mahon was asked by the plaintiff to sign a witness statement expressing Plaintiff Johari Johnson isn't recieving proper medical attention by ElPaso County. Nurse Carey states she would not because the statement had to be notorized. Nurse Carey then states just subpeona me I'll tell it all. Cellmate JaKhara Craig was present at 12:18 am medline and signed declaration stating he eye witnessed nurse Carey's remarks.

• On 7/16/2017 at approximately 4:46 p.m. at The ElPaso County Facility inside Unit C1 Plaintiff request Zwally to contact medical in regards to the injury to his right foot for an entire week and wont be attending a court proceeding without proper mobility. Zwally states proper procedure is to cuff individuals behind the back, yet he is concerned how that may be possible he has observe the plaintiff limp around for an entire week, Zwally then states he is unsure how that may work Plaintiff states, "exactly"!

At approximately 9p.m. Plaintiff expresses concern of attending court on 7/17/2017 detained behind the back altering the plaintiffs balance when the injury is to the Plaintiff right foot, in which staff members have knowledge of. Nurse Ted states he doesn't know as he understands that the plaintiffs foot is dismembered but he cant do anything, and that Nurse Corey McMahon has complained to the medical staff about the Plaintiffs foot for an entire week

• On 7/17/2017 at approximately 11 a.m. at The ElPaso County Facility inside Unit C1 transport Deputy J.Schmidt was asked by the plaintiff to contact medical due to Plaintiff going to court injured, in hopes to retrieve proper mobility. Plaintiff then sits on the floor exposing the injury to J.schmidt. Deputy J.schmidt states no cuff up behind the back. plaintiff complied as J.schmidt held the plaintiff arm for the entire 'excruciating' walk towards the van. Plaintiff indicated to J.schmidt ElPaso County is knowingly and intentionally not allowing the plaintiff proper care or mobility. Arriving to the sally port door specialist Leroy asked J.schmidt if she should get Jabari Johnson a wheelchair due to having knowledge of his injuries. J.schmidt says no to Leroy forcefully. Specialist states Oh sorry. Arriving to the van Thaston Boye, Ron Rice, and Micheal Hadnot, were present also cuffed behind the back. Thaston Boye explained to Deputy Schmidt that the occurrances taking place was not right, having the plaintiff crawl in to the van detained behind the back while injured. Thaston Boye helped the plaintiff into the van also detained behind the back as the Deputy watched. Plaintiff, once at court was given a wheelchair by another staff member. After court arriving back at the jail J.schmidt was made to get the plaintiff a wheelchair. The plaintiff was pushed inside his unit C1 and instructed to get out once inside his cell, also denied medical attention. Thaston Boye, Micheal Hadnot, and Ron Rice signed declaration regarding the illicit incident on 7/17/2017

• On 7/19/2017 at approximately 12am at The ElPaso County Facility inside Unit C1 during med pass Deputy Barksdale expressed while laughing that the plaintiff during year 2015-2016 did not recive proper care by CJC's medical staff stating the plaintiff had to scoot on his buttocks from cell 24 to phone which is easily 100ft or more. Nurse Johnson and Deputy Holzenberger were present and shocked by Deputy Barksdale remarks. Plaintiff indicated to Deputy Barksdale you are going to be grieved and at some point sued.

• On 7/25/2017 at approximately 4:50p.m. at The ElPaso County Facility Deputy Uribe intentionally slamms the door on the plaintiffs foot as he smiles knowingly with the sadistic and malicious intent to inflict injury Plaintiff indicated he is in need of medical attention and have notify Uribe since 4:50p.m. to current time 6p.m Deputy Uribe state he will not call medical. Plaintiff's right foot was bloody sticking to his sock. Witness Rayvaughen Milno was present.

At approximately 7:30p.m. Deputy Holzenberger was notified of plaintiffs injury indicating to the Deputy he is in need of medical assistance. Holzenberger states he needs to see the Plaintiffs foot before calling medical. Plaintiff let the Deputy observe his bloody foot, yet Holzenberger refused to call

• On 7/26/2017 at approximately 10:30am at The ElPaso County Facility inside Unit C1 Plaintiff was scheduled to visit with fianceé Danielle Futher. Once Plaintiffs fianceé entered the screen he told her take pictures of his injuries so staff could not lie. The plaintiff showed his fianceé his foot being wrapped in toilet paper (bloody) and staff would not notify medical Plaintiffs fianceé have been present through all of the plaintiffs beatings, which are well over 20, also abuse, unconstitutional sanctions to seg, depriving plaintiff of visitation etc., therefore plaintiffs fianceé complied with taking pictures for upcoming lawsuit.

At approximately 5:30pm Plaintiff asked Uribe why didn't he call medical yesterday for plaintiffs foot which is dysfunctional and bloody due to Uribe's misconduct. Deputy Uribe says "So", making a I dont care face. Plaintiff then shows the dried blood and expressed to Uribe that Nu. Johnson has pictures etc. for evidence in which you can not lie. Uribe then states do the plaintiff want medical and that the plaintiffs foot wasn't bleeding yesterday. Plaintiff states he would like medical and that the Deputy would not call medical

yesterday so how would he know. Witness Rayvaughn Milne was present, and completed a declaration
• On 8/4/2017 at the El Paso County Facility Deputy Mobley came to plaintiffs cell at
approximately 11:29am Mobley and the plaintiff spoke about the plaintiffs Civil case, exposing
the Corruption of the Colorado Justice System along with the beatings/assaults and improper
medical care the plaintiff have not recieved since 2015 Deputy Mobley indicated the plaintiff is
about to be paid Plaintiff states its about helping and exposing the corrupt, yet the plaintiff state
he's definitely sueing. Deputy Mobley indicated to plaintiff that he would testify to the
several assualts by Border, Uribe, Palm Ravencamp etc. and how the entire El Paso County
Sherriffs department is retailiating against the Plaintiff witness Rayvaughn Milne was
present signing a witness statement

- On 8/30/2017 plaintiff, Jabari Johnson arrived at The Denver Regional Diagnostic Center where he was classified of having an antisocial personality disorder, chronic condition of Mental Behavorial and Nuero Disorder.

- On 8/30/2017 Dr. Laura Allen notes indicate plaintiff's jaw clunks upon opening also deviates left with opening, as plaintiff's outter right side of jaw along tooth line is concaved as compared to left.

- On 9/1/2017 Dr. Laura Allen notes requested plaintiff recieve post op shoe for right foot asap, indicating the plaintiff may need an arthopedic shoe if he does not have surgery indicating post op shoe until 2/1/18

- On 9/1/2017 Dr. Laura Allen notes of chronic care clinic provider state jaw fracture may need to be repaired, right foot probably needs surgery. Dr. Laura Allen also stated within notes Lower Tier Lower bunk until 11/1/2017 until foot is repaired.

- On 9/1/2017 Dr. Robert L. Halden states within notes that the plaintiff is a Dental level 4 urgent treatment need qualifer also stating within assessment notes: unable to close right side. J Had fracture bitting on 3rds as well.

- On 9/2/2017 plaintiff signed up for the Halal Religious Diet participation agreement (Request for Religious Diets regarding the Islam/Muslim faith

- On 9/2/2017 pain management mobic was prescribed.

- On 9/5/2017 Dr. Laura Allen states in notes weight bearing lateral of right foot on clinical exam, deformity of second right toe may preclude the ability to wear state issued boots

- On 9/6/2017 Plaintiff sent a sick call kite to medical expressing a much needed switch of medication to naproxen due to the mobic not suppressing pain of jaw and foot, also stating naproxen have not helped with pain on previous use.

- On 9/6/2017 LT Dupps was seen about plaintiff being medium custody, asking who is Danielle Guither, stating is the plaintiff sure she isn't a viciton in case #15-CR-2337. The plaintiff stated no, sked at 13 points medium custody

- On 9/7/2017 Plaintiff sent a medical kite requesting his status of foot and jaw as all Nurse's from September 5, 2017-September 7, 2017 stated they dont know, also turning in a medical reresolution form

- On 9/7/2017 Plaintiff was given pork for breakfast in which the plaintiff did not eat, sending chaplain a request for a Quran, kofi and prayer rug.

- On 9/7/2017 at approximately 4:30 pm - 5 pm. Penali and Kelly intended to humiliate the plaintiff stating "What the fuck happen to you why are you limping," while taking the plaintiff to the shower. The plaintiff indicated to Kelly and Penali medical problems and would rather not discuss the injury. Kelly stated medical stated you got shot as Penali and Kelly started laughing, stating now you cant walk. Plaintiff stated and if that was true you are currently violating my right to privacy, showing, laughing, and disclosing plaintiffs medical history to offenders. Kelly and Penali abruptly made excuses stating he was just asking did it happen in the cell or what. The Plaintiff stated stop youre caught.

- On 9/8/2017 Sgt Chavez & Sgt Howard transported the plaintiff to medical to see Joe Clark. Joe Clark asked why was the plaintiff back due to taking plaintiffs x-rays prior. Joe Clark then checks stating x-ray results will be back either Monday, Tuesday, or thursday since the computers are down. Joe clark then tells Sgt Chavez and Sgt Howard that the plaintiff has bullet fragments in his foot, and that the plaintiffs friend shot him. They all laughed at approximately 1 p.m - 1:30 pm intending to humiliate Plaintiff in earshot of other offenders.

- On 9/11/2017 Mobic was discontinued prescribing Naproven.

- On 9/12/2017 Plaintiff sent in a medical kite stating I've turned in medical kites September 5, 6 and an informal resolution on September 7, 2017 but have recieved no response. Plaintiff also requested, how could family retrieve his medical documents.

- On 9/13/2017 plaintiff gave Sgt Press an Informal Resolution form about being searched park on numerous occassions as plaintiff is a muslim, Sgt Press states shouldn't be a muslim then.

- On 9/14/2017 Plaintiff sent a medical kite stating what is the status of my face and foot, requesting copies of medical history.

- On 9/14/2017 plaintiff sent case manager a kite requesting the status of the medical informal resolution form turned in on 9/7/2017 requesting a step 1 grievance. Plaintiff also requested an answer as to why caller #11 Danielle Father was removed from plaintiffs call list.

- On 9/15/2017 Laura Allen states in treatment orders from her 9/1/2017 analysis that postop shoe for right foot ASAP May need orthopedic shoe if does not have surgery.

- On 9/15/2017 Plaintiff requested Sgt Beechley provide answers as to why plaintiffs fianceé Dani Father is restricted from being contacted. Plaintiff wrote a Informal Resolution Form on 9/

stating Number 11 was removed from my call list on September 14, 2017. I've requested an answer from several C.O.'s and sgt's as to what the issue's are regarding this incident in which their should be none because number 11 is not a Co-Defendant nor has any run-ins with the law, therefore why is my call list being tampered with. No one has an answer for me, and yesterday I filed a kite to case management asking, why, yet as usual my grievances, kites, and medical kites are never returned. The remedy I request is put my #11 back on my list and allow me to exhaust my remedies beca at this point for weeks I noted several offenses, violations DRDC have placed upon me. If you all don care that's fine but I do, and I know exactly what to do.

• A. On 9/18/2017 Nurse Alla shkolink provides plaintiff with (1) black post op shoe for right foot. Plaintiff also provides records of Carmelita Herazo (Dental Assistant) whom states on: 3/21/2017 Mr. Johnson on July 30, 2015 fell down stairs fractured mandible was taken to memorial hospital nothing was done will see Dr. Lamb on 3/23/2017 for further assessment Exam done on 3/21/2017 states mouth is abnormal

• B. on 3/23/2017 Dr. Lamb states patient presents with CC of Jaw that is really hurting. States it happened due to a fall down stairs on 7/30/2015 while he was at CJC, states he went to Memorial Hospital and Nothing was done, then when he got out, he stated that he saw a surgeon that wanted to break his jaw and reset everything. He wasn't able to since he didn't have any money and figured he should do it while he was here since it originally occured here.

Clinical Exam shows that the lower right quadrant is caved into the L, the left side is normal. Patient has continued pain on all of teeth, and has parethesia at times most likely from the nerve damage that occured with the fractures. States he had a fracture at the front and the molar area. I believe this is possible. Patient hasn't been taking any medication, I decided to give RX for .500 mg Naproxen PRN for 90 days. Patient has very limited movement, and has pain eatting and doing about anything else. Jaw really needs to be treated. I will do some research and give whatever information I have to HSA for evaluation. Returned patient to building seen in good condition

C. Plaintiff stated on CJC's health care request: Dr. Lamb I'm writing about the status of recieving treatment at an outside facility due to you stating I would need outside care by a facial and oral surgeon, also I would like my kites back on 3/24/2017 Dr. Lamb response stated,

I have submitted my findings to HSA they will be researching the incident and should get back to you

D. On 4/1/2017 Plaintiff states who is HSA Dr. Lamb? At this time I'm confused due to the fact conclusions are from your findings that I will need an oral surgeon to rebreak my jaw at least from what you told me. How long will it take for HSA to get back to me?

• On 4/10/2017 **HSA RESPONDS** stating: your appointment will be scheduled at the first available time.

• On 9/16/2017 arriving back from medical Sgt Barnes indicated to the plaintiff that the chaplain John Doe stated on his kite that the Denver Diagnostic Center does not have those kind of books referring to plaintiffs request for a quran, kufi, and a prayer rug. The practice of the Islam religion entitles the plaintiff to have those very religious materials. Is Plaintiff was deprived of in order to conduct daily worship. Plaintiff then expressed to Sgt Barnes that the chaplain (John Doe's) kited response is dyerly needed, Sgt Barnes indicated that he would place the kite in the mail bag and that the kite only states we dont have those kind of books at this facility referring to the Denver Diagnostic Center.

• On 9/17/2017 Plaintiff kited LT Dupps stating "my status is medium custody, why am I house in a maximum Unit 3. Also I need a clear understanding as to why you deachvated number #11 from my call list.

• A. On 9/17/2017 plaintiff sent a grievance step 1 stating I have a medical boot which means I have an injured foot am I correct or not? yes, I'm correct therefore why am I on the second tier in cell 2-13 when I am to be housed lower level lower bunk. Nurse Laura ALL indicated LLLB was my status, therefore why would you place and injured individual on the hp tier. Staff is neglectful, also I would like all of my informals back in which I've written 10 in 2weeks. Remedy I also need to be on ground level immediately.

• On 9/17/2017 Plaintiff sent case management a kite stating I need answers as to why I'm located in closed custody when LT Dupps expressed I was 13 points medium and why is my fiancée removed from my call list when she is not my co-Defendant or victim allegedly.

• On 9/18/2017 LT Dupps was asked why did he restrict plaintiffs fiancée while plaintiff was in route to medical, LT Dupps stated kite case management. Xray analysis by Joe Clark

was told to plaintiff at plaintiffs medical appointment in which Joe Clark states the Dr. who sen the xrays said the plaintiffs jaw is banged up pretty nice, but there's no fractures, yet may hurt. Plaintiff asked Joe clark how could his jaw be banged up pretty nice but thier's no fractures, Joe Clark states he doesn't know.

• On 9/13/2017 Laura Alleni assessment notes state deformity of right second toe may preclude wearn Doc boots, stating theirs an obvious deformity of right second toe as he is limping with an atalgic gait.

• On 9/18/2017 arriving back from medical as Sgt Barnes was in route with the plaintiff and other offenders, plaintiff requested his kite from the chaplain. Sgt Barnes stated he put the kite in the mail bag and that Doc does not practice Islam at DRDC and that the plaintiff should just read the bible. The plaintiff disregarded Sgt Barnes comment requesting answers why plaintiffs fianceé is restricted from calls mail and visits. Barnes wrote down plaintiffs info stating the plaintiffs fianceé is a victim in case 15CR2337. The Plaintiff indicated that it was not possible. Barnes then stated tell Danielle Fouther to write Waden Long stating she was not a victim and then that CIPS will lift the calling restriction after CIPS look at it. Also Kerry whitfield was present witnessing Sgt Barnes comments about Islam, Bible and Quran.

On 9/18/2017 Danielle Fouther called DRDC stating she was not a victim inside case 15CR2337

On 9/18/2017 Plaintiff drafted an Informal Resoulition which states today I finally spoke with T.Depps, who told me to kite case management about the situation of my fianceé being taken off of my calllist. Shortly after Sgt Barnes told me fianceé is restricted because she is a victim, yet their is only one alleged victim in my case, which is not my fianceé. If my fianceé was a victim she would have not been allowed to bond me out on June 3, 2016 in which she signed and paid for my release. She has also kept money on Global-tel link and securus everyday of my incarceration while in ElPaso County where case 15CR2337 is from which staff is stating she is a victim in. She also has a letter in my presence stating she is my fianceé, it has her address, also speaks nothing but good of me. I would like it copied preventing me from being able to speak to my love one's while I'm detained in prison. is a violation of my constutional Rights/Rights of a prisoner No where in my case does say she's a victim. I am not angry nor upset, I believe you all may want to cease the

games because this is a matter I will sue over! Show me in writing that Danielle Further is a victim then take my incoming letters, visits, and phone call privileges away, instead you take my privileges without any proof! I have my entire discovery in my cell so please show me where she's a victim. Remedy place my fiancee back on my phone list

• On 9/18/2019 Plaintiff drafted an Informal resolution stating today Joe clark you told me the Dr. said my jaw was pretty banged up but theirs no fracture. How can my jaw be banged up pretty bad without a fracture. You then state you are not a Dr. Obviously my jaw is in need of serious medical attention, I am being neglected of by D.O.C you also told me to stand on my injuries to my foot which makes no sense, stating I'm walking with a boot I should be fine, yet I thought you were no Dr. I am not provided crutches, it is said I still have fragments in my foot which x-rays have shown, also I'm not only injured by bullet fragments I'm also injured by excessive force which is not placed in my file. Remedy orthopedist and or the dentist appointment immediately

• On 9/19/2019 Plaintiff drafted a medical kite at 7:00am stating I need all medical, dental, and mental health records includes x-rays.

• On 9/19/2019 Plaintiff drafted a medical kite stating either give me my Tylenol 3, Flexirile or tramadole back, you all have narcotics and I have injuries that need real pain medication please dont take my health as joke. I need all medical dental and mental health records as well.

• On 9/19/2019 Plaintiff drafted a casemanager kite stating "My call list was refused with no indication that you all took my fiancees number off my call list because you all state she is a victim were as she even called DRDC on 9/18/2019 and stated she is not. My mail, phone, and visits are being deprived which is a violation of the rights of prisoners. She is no victim; the alleged victim is a male, I have several appeals on the way, my fiancee is not making a statement of what happened in my case, she will imply tell you she is not a victim.

On 9/19/2019 The plaintiff arrived at Sgt Press office at approximately 20:20 to complete plaintiffs legal mail. Sgt Press told the plaintiff the only way legal mail will go out is if

you know the attorney's bar number. The plaintiff stated thats not true, also stating how am I to get a bar # of the attorney if I cannot call my fiancee, you took her off my phone list. Sgt Press stated dont say yall, and that the plaintiff should have never wrote grievances causing disruption with medical/religion and your phone wouldn't be off. The plaintiff then grabbed all 3 envelopes and left.

- On 9/19/2017 at mailline at approximately 7:30p.or 8:00p.m. Nurse Angela stated to the plaintiff to never put in another kite about pain, stating, your smart ass comments about pain floxicile was given to the captain and that if the plaintiff send another she will fuck up the plaintiff's parole. Sgt Barges was present along with Offender Charles Simpson/Penny a Charles signed a Declaration.

- On 9/20/2017 at Medline Nurse Angela stated she never said she showed the Captain Plaintiff medical slip, yet the plaintiff stated several offenders and Sgt Barger heard you. Nurse Curtis Murphy then became irrate stating why is the plaintiff threatening to sue, the plaintiff indicated its not a threat iti his right. Charles Penny/Simpson was present once again signing a declarati

- On 9/21/2017 Plaintiff filed an informal regarding refusal of DOC allowing the plaintiff to conta his fiancee.

- On 9/22/2017 plaintiff witness list was examined by Sgt Beechely which provide adequate proce of who the victim is stating staff could not do anything.

- On 9/23/2017 at approximately 12:30p.m - 1p.m. Nurse Curtis Murphy physically pushed the plaintiff inside Sgt Beechely's office stating the plaintiff threatened him. Nurse Curtis Murph was told by the plaintiff that the plaintiff never threatened Curtis Murphy, expressing Nurse Curt Murphy lie was to have a reason to show the plaintiffs kite to the Captain. Plaintiff al state he has injuries that are not being met which need paper care. The Plaintiff expres that he would like to know what Captain Nurse Curtis Murphy gave the kite. Plaintiff then told Nurse Curtis Murphy he did not wish to speak with him, once nurse Curtis became irrate exposing plaintiffs medical history in front of correctional officers and offenders as plaintiff state he was not comfortable.

Plaintiff also indicated initially that he told Nurse Curtis Murphy he did not wish to speak with him, yet Nurse Curtis Murphy physically pushed the plaintiff in the office, with the malicious and sadistic intent to cause great bodily injury while plaintiff wore a medical boot causing further pain to plaintiff's right foot as Beechly was present.

• On 9/24/2017 Omari Lyle and myself a fellow muslim attended Christian Church Services, the plaintiff spoke to the female Jane Doe Love who conducted Christian Church Services, upon the plaintiff's attendance of service he asked chaplain Jane Doe Love how could he retrieve a Quran at The Denver Regional Diagnostic Center, because it is of the Devil. Plaintiff replies to Chaplain Jane Doe Love's response stating so am I being deprived of my religion and practices thereof. Chaplain Jane Doe Love's response was knowingly "I guess so," Plaintiff asked for chaplains remarks on paper in writing regarding the plaintiff asking about a Quran and the chaplain Jane Doe Love's response, yet she declined. Once plaintiff left christian Church services the plaintiff requested that Omari Lyle write a declaration in which Mr. Lyle stated:

My name is Omari Lyle on 9/24/2017 I was at Church at DRDC complex and I witness chaplain say to Jabari Johnson that they do not support our muslim practices with a prayer rug, prayer beads, kufi and Quran. Once I witnessed this I was amazed they In Doc facility first Amendment is not followed. After my muslim brother Jabari Johnson was asked to remove himself, I also left with him, were told by a chaplain that Islam is of the Devil and frown upon in CDOC. To that they dont support our Islam beliefs, I dont feel safe with CDOC. I am a strong person when it comes to my Islamic brothers and I just want change. so that we can continue to follow and practice our beliefs with our Islamic Culture. My name is Shajar Nabi I have been a strong muslim for 10 years thank you for reading. this my witness statement.

On 9/24/2017 Plaintiff was placed on a Muslim (Islam Halal Diet) Witness Charles / Simpson Penny signed a declaration stating Plaintiff Jabari Johnson recieves halal diet.

On 9/24/2017 Witness Joshua Sowa Signed a declaration stating the plaintiff is a medium custody inmate classified at 13 points but is in a max unit 5b going to a max facility.

On 9/25/2017 Plaintiff requested from Sgt Barnes his kite regarding the chaplain stating their ain't those kind of books at this facility discriminating against Islam but their are

a tremendous amount of bibles. Sgt Barnes looked suspicious and nervous stating the kite mustve gotten lost and that DRDC obviously does not practice Islam. Plaintiff stated you all are knowingly and intentionally depriving Plaintiff of practicing his religion/faith by restricting books and material along with not providing Islamic Jumma services forcing the plaintiff to attend Christian Church services when plaintiff recognize christian Church services are not the belief of the plaintiff which violate plaintiffs First Amendment Right. Sgt Barnes then stated fill out another Kite to the chaplain or read the bible their the same. The plaintiff told Barnes that he is not christian and that his beliefs wont allow him to believe in the bible their the same. The Plaintiff told Barnes that he is not christian and that his beliefs wont allow him to believe in the bible as plaintiff is a muslim and restricted of Juma services and a Quran in which the chaplain John Doe states those type of books are not at this facility deeming Plaintiffs religion to be discriminated against as the Islam religion is labled as the Devil at DRDC. Plain expressed to Sgt Barnes that he will be suing for intending to force another religion on the plaintiff such as christianity knowingly and intentionally depriving plaintiff of attending Juma services attempting to force the bible on the plaintiff. Sgt Barnes then stated we dont do Islam at DRDC sarcastically stating read the bible or go to the hole for facility dis-ruption

• On 9/26/2017 at approximately 8 a.m. Officer John Doe a heavy set black male was requested of answers as to how the plaintiff could retrieve a Quran. Officer John Doe stated he should just read the bible their the same anyway as Sgt Barnes' stated. Plaintiff then told C.O. Ju Doe that the first Amendment states I am free to practice my religion were as I dont belie Jesus is God therefore I am unable to engage in christianity. Plaintiff then stated to the officer John Doe are you forcing the bible another religion on me after I've requested on numerous occassions for a Quran, officer John Doe states "yes" Plaintiff asked C.O. John Do did he realize that this very statement is the beginning of a civil Action lawsuit due to depriving Plaintiff of Islam. Officer John Doe stated he would find one but he did not. Witness charles Penny and David Richards was present both making a Declaration stating:
On 9/26/2017 at approximately 8 a.m. at The Denver Regional Diagnostic Center Correctional officer John Doe was asked by Jahmia how does he retrieve a Quran. John Doe stated Islam

not practiced at DRDC and since Jabari couldn't get a Quran as Sgt Barnes stated he should just read the bible. John Doe stated they are the same any way. Jabari Johnson stated he is not a christian asking John Doe is he forcing the Holy bible on him. John Doe says yes, Jabari says to John Doe DRDC is knowingly pursuing to alter his religion depriving Islam.

• On 9/29/2017 Charles Penny/Simpson has seen DOC DRDC restrict Jabari Johnson from contacting his fiancee Danielle Fonther, declaration was signed on 9/29/2017.

• On 9/29/2017 Charles Penny/Simpson signed a declaration witnessing 4 Deputy statements by Deputy's of El Paso County stating Plaintiff was assaulted by staff and was not given adequate care by El Paso also stating his case 15-CR-2337 was a conspiracy

• On 9/30/2017 at approximately 9:38 pm. inside Unit 3 MAX Plaintiff Jabari Johnson was playing chess in Day hall area wearing his issued medical boot by provider Laura Allen. Plaintiff Jabari Johnson paused his game were as he walked to the area of the phone requesting to be put in line. Plaintiff then went back to his game pausing his game 10-15 minutes later again requesting if it was his turn to use the phone Stetson Bustos then stood up stating Muslims cant use the phone and if you continue harassing DOC filing grievances I'll kill you. The plaintiff stated well were do you want to kill me at in your cell or in mine. Bustos stated he could do it right here, as soon as Stetson said he could do it right here the plaintiff punched Stetson twice to the face causing the much taller opponent to drop to the floor, the plaintiff noticed Bustos was unconscious, yet Stetson regained consciousness as the plaintiff continued to defend himself while Bustos was on the ground Stetson Bustos then looked up, as he bled from his nose and mouth exposing an extreme amount of blood in which the plaintiff disengaged from fighting not intending to further damage the defeated Bustos, yet Bustos walked towards the plaintiff attempting to swing hoping to connect, were as the plaintiff blocked his assault, in which the plaintiff was sprayed with mace and was taken to segregation for decontamination. Plaintiff's medical boot was taken due to blood and retaliation because the plaintiff did not lose the fight in which the defendants expected.

On 9/30/2017 anatomical Done by Nurse Barry states right hand third knuckle slightly swollen and red, taking Plaintiff's medical boot stating it's evidence because Bustos blood is on it stating within notes difficulty applying weight on foot. Michelle Barry then

verbally stated to Jabari Johnson "DOC should have known you could fight now they have to send someone else while laughing, also stating "they're mad you beat that guy up".

• On 10/1/2017 Gerardo Wence Housing Supervisor was doing rounds stopped at plaintiffs cell in restrictive housing while the plaintiff was drafting his lawsuits in which Gerardo Wence said "cut it out". The plaintiff smiled and said cut what out. Gerardo said working on those cases. The plaintiff laughed and Gerardo Wence moved on.

• On 10/2/2017 Gerardo Wence stated aggressively "are you still working on those cases I thought I told you to stop yesterday. Plaintiff stated Civil is the only way to gain Justice. Gerardo Wence then said we dont do Islam at DRDC and if you continue disobeying my rule I will send another inmate at you just like saturday if you dont quit it. The plaintiff stated did you see what happened to the last guy you sent while laughing. Gerardo Wence stated file a case and it'll be your funeral then walked away.

• On 10/2/2017 plaintiff sent a letter to his mother indicating DRDC's corruption.

• On 10/3/2017 Plaintiff told Michelle Barry I need another medication due to the current not working handing her a medical slip also requesting a medical boot. Michelle Barry states she understands the plaintiff is in pain but her hands are tied.

• On 10/4/2017 Med pass a.m. Nurse Alla came by, plaintiff expressed his pain and injury due to the right foot and would like his medical boot back which have been missing for 5 days. Nurse Alla asked did the plaintiff use the boot as a weapon, plaintiff stated no.

• On 10/5/2017 Plaintiff kited medical regarding jaw and foot.

• On 10/6/2017 plaintiff filed an informal resolution stating: PA Allen states I am to have my medical boot until 2/1/2018 she also stated I am to be lower level tier, yet DOC made me stay in 2-13 inside 3B and 2-09 in 4B. On 9/30/2017 I was involved in a fight, the other guys blood was on my medical boot the unit and my clothes. It was stated my boot and other factors was taken for evidence. Today is 10/6/2017 and I have yet to recieve my boot back I have asked numerous nurses and sent kites out but no response as usual.

• On 10/6/2017 Sanusi Risikat was asked by Plaintiff why did he recieve his

clothing (T-shirt) that had blood on it back today, but did not recieve his medical boot. Risikat stated because DRDC doesn't like you. The Plaintiff asked what was Risikati name as Risikat stated why? The Plaintiff stated because it's going to be a suit. Risikat refused as C.O. Pelia was present later stating her name is Risikat.

• On 10/8/2019 Plaintiff told Alla Ona more about plaintiff's medical boot, she states she will make sure she retrieves it on Tuesday.

• On 10/8/2017 Nurse Risikat during medline was sarcastic asking the plaintiff is he ok, the plaintiff stated no he is in pain and needs his medical boot he is supposed to have medically, Risikat smiled and laughed stating oh ok, then walking away.

• On 10/9/2017 C.O. Houston intended on speaking to the plaintiff about irrelevant matters, the plaintiff stated he did not wish to engage in any conversation due to Houston's prior illicit actions, as plaintiff state just hand me the food Houston states enjoy with a mischeivous look Plaintiff stated if anything is wrong with the plaintiffs food he will sue. Houston states don't it smell like shit because I laced it with turds, stating spell my name right Plaintiff did not eat due obvious smell of bite.

• On 10/10/2019 Plaintiff's mother responds to plaintiffs letter of DRDC's illicit behavior through correspondence.

• On 10/10/2017 Nurse Samusi Risikat stated the plaintiff used his medical boot as a weapon which is why he is not recieving it. The plaintiff stated the allegations aren't true, requesting an answer as to who made those claims. Nurse Risikat would not xplain who when asked, Doc Kelly was present. An Informal was written on the circumstances as Risikat knowingly and intentionally deprived plaintiffs medical boot upset that the plaintiff is requesting Islam. The plaintiff told Risikat staff is intentionally depriving care in retaliation. Risikat states should have never caused problems medically and religiously.

In 10/11/2017 Plaintiff filed an informal Resolution due to Alla stating she cannot give the plaintiff his medical boot back until investigators give it back. Plaintiff expresses pain due to injury stating he has requested the medical boot for a week in a half to 2 weeks, yet Alla ignores plaintiff stating she has other things to do. Inside Shkolniks notes

she states per Allen there is no need for offender to have his medical shoe in RH, stating that the plaintiff signed HCA appliance, stating that IST use this health care appliance inappropriately as outlined above my use of the assigned health care appliance may be limited or removed. The plaintiff told Allen he did nothing wrong but defend himself and that staff is upset that the plaintiff is intending to sue as staff have tried to kill the plaintiff as medical have deprived care.

• On 10/12/2017 Plaintiff was made to walk on injury to hearing without his medical boot as plaintiff expressed pain to 17 scott speaks, as speaks state investigators have your boot, and on the bright side we now see you have talent. We didn't know you could fight with such charisma, while the recording was paused, as he was suppose to be coming to his decision, Speak stated I usually dont really allow fights to be seen, but I wanted you to see it you did great.

• On 10/12/2017 Plaintiff wrote on his sick call slip stating why is my medical boot being held hostage it is not my fault Bustos cant fight causing blood to be on my medical boot and the entire Unit. I went to my hearing and the medical boot had nothing to do with the fight.

• On 10/12/2017 p.m. Medline Nurse Curtis Murphy stated Jabari Johnson sucker punched Steven Bustos. The plaintiff stated how do you sucker punch someone thats in your face. The plaintiff mentioned it wasn't his fault of staffs choice of an opponent, who was knocked out and woken up by an individual wearing a medical boot Nurse Curtis states that why youre not getting your medical boot back muslim nigger. C.O. Kelly was present during Nurse Curtis Actions at approximately 8:34 p.m.

• On 10/13/2017 Plaintiff was told he would be recieving his medical boot back as plaintiff suffered through pain regarding plaintiffs injury to right foot as plaintiff was made to walk to shower and around cell through 9/30/2017-10/13/2017 Captain Brian Scott stated the plaintiff will be recieving his medical boot back because he saw the video of the fight on 9/30/2017 stating you float like a butterfly and sting like a bee, which is the only reason I got your boot back, stating wence's actions were foul, and that Captain Fisher bet that the plaintiff would lose.

• On 10/14/2017 Michelle Barry was asked by plaintiff why did he not recieve his medical boot, she states it's the C.O.S, and that it's out of her hands.

• On 10/14/2017 C.O. Rodge stated LT wence got the plaintiff's medical boot in his office. The plaintiff states he sends an attacker then tries to help me - that's crazy. Rodge laughed and stated "yeah at least you beat Busha's ass and made wence get another one. This occurred approximately 10 am.

• On 10/14/2017 sgt Graham stated at approximately 7:40 pm. that the plaintiff will be recieving his boot back.

• On 10/15/2017 Gerardo Wence came to the plaintiff's cell smiling, he stated the plaintiff will be going back to CSP, giving the plaintiff a new blue and white medical boot. The plaintiff stated are you threatening me, do you want another inmate beat up while laughing at Gerardo Wences attempt to intend to threaten the plaintiff about being assaulted, yet the plaintiff reminded Gerardo what happen the last time Gerardo thought he would have the plaintiff attacked.

• On 10/16/2017 captain Fisher called the plaintiff to Captain Brian Scotts office, once inside captain Joe Fisher acted as if he was showing a round of applause. He then stated he congratulated the plaintiff for beating up the other guy and that the plaintiff cost him some money due to the plaintiff winning the fight, stating we all see you can fight now. The plaintiff stated what else do you expect me to do if staff intend on killing me because what I speak of is right regarding my religion and adequate medical and dental care. captain Fisher states of course I would have done the same thing, but sometime you cant go against your co-workers when they do something wrong and Wence was wrong. Captain Fisher states I respect you big Johnson, stating most likely you're going to MAX unit at sterling even though you're medium custody because warden Ryan Long doesn't like you. Just take care of yourself. Plaintiff stated I'm from New Orleans I could survive anywhere.

On 10/17/2017 Plaintiff was sent to sterling Correctional Facility Unit 4 max in retaliation while medium custody at (13 points). Erin Fergesen completed intake process stating plaintiff arrived with a medical boot.

on 10/27/2017 plaintiff filed an informal requesting CIPS and Sterling produce evidence of plaintiffs fiancee Danielle Fouther being an actual victim stating refrain from retaliation. Requesting as a Remedy to be allowed to call write and visit Danielle Fouther

• On 11/9/2017 Sharlann Pomeray stated Danielle Fouther is considered a victim and the information is passed by CIPS the programmers or initial in take personall stating Danielle has to write in order to be lifted as a victim.

• On 11/11/2017 plaintiff stated on step1 produce evidence of Danielle being a victim as staff continues to retailiate against plaintiff.

• On 11/28/2017 LT Brett Hulbert responds stating he recieved Danielle Fouther's letter which will take 30 days to decide.

• On 12/2/2017 plaintiff stated provide evidence of Danielle being a victim, step2 grievance

• On 12/21/2017 Matthew Barnes stated verbally Fuck you Nigger you are lucky I would keep you blocked continually trying to sue over that stupid Islam religion. Hansen called you a Nigger muslim and we dont like those. The plaintiff stated so Im being retailiated against, cool, I'm suing and you still wont make me quit.

• On 12/20/2017 Matthew Barnes wrote on Step2 grievance stating visiting and telephone contact was reviewed granted, also stating he notified the plaintiff that the plaintiffs fiancee showed erroneously as a victim, stating ElPaso County court record showed wrong Matthew Barnes also stated within grievance, as mentioned above review of available court records showed that she was misidentified as a victim, therefore evidence of victimhood cannot be obtained.

• On 12/16/2017 Matthew Hansen (warden) states he's allowing visitation to occure between Danielle Fouther and the plaintiff due to Danielle's letter

• On 1/3/2018 plaintiff wrote on step3 grievance stating you could not produce evidence of victim-hood which means, If I did not pursue the situation through the grievance procedure, DOC would have continued to violate my rights. Therefore paperwork stating Danielle is a victim.

• On 2/5/2018 DOC was not able to produce evidence of victimhood in Anthony Decesars's step3 response

On 2/13/2018 at approximately 9:35a.m at the Sterling Correctional facility plaintiff Jabari Johnson verbally indicated to staff members Giles and Tonchie while in transport from Unit 5 to Unit 4 of his untreated fractured foot expressing he is unable to continue in walking due to excruciating pain of plaintiffs right foot. Plaintiff expressed dyer need of medical assistance declaring an immediate medical emergency staff C.O. Giles and C.O. Tonchie declines the plaintiffs request/need for medical assistance, yet due to the severity of pain the plaintiff fell shackled at the ankles and detained behind the back due to unbearable pain. Staffs illicit actions consist of verbally stating were not calling anyone and since you cant walk we'll drag you to Unit 4. C.O. Giles and Tonchie Maliciously and sadistically dragged the plaintiff using excessive force were force was not needed intending to humiliate and harm the plaintiff. Plaintiff Jabari Johnson then notified staff that they were infact dragging the plaintiff on camera were as the illicit acts were being recorded and monitored. Both staff members observed were the camera was located picking the plaintiff up from the floor slamming the plaintiff on the wall behind the camera's view, injuring the plaintiffs right shoulder causing pain and bruising. Once the plaintiff was nailed to the wall by staff the plaintiff notified staff that their actions were currently still being recorded and monitored due to the other camera at the opposite side of the hall. Once staff located the camera plaintiff was then slammed force-fully Face first on untreated fractured jaw inflicting injury of loosening teeth. Plaintiff opposed no threat, was compliant and non-resistant as C.O. Giles placed his taser in the plaintiffs back indicating move and I'll kill you! Moments later Captain Scott arrived expressing that he agree's with staff infliction of pain /injury as to plaintiffs' request for medical regarding foot and loosening teeth, Captain Scott also expressing that the plaintiff cant and wont do anything about it legally because he is indigent and if he does obtain an attorney the attorney will ?il the plaintiff down the river just as the Criminal attorney has done. Plaintiff was ?en placed in a restraint chair in route back to unit 5. The Plaintiff expressed ? captain Scott that this situation will not be swepted under the rug, and that Mr. Johnson don't need an attorney because of the corruption Captain Scott spoke of. ?ll staff members in attendance stated that the plaintiff needed to shut the ?ck up. Plaintiff then states, he is well within his right to speak. The Defendant

tonchie stated shut the fuck up we could kill you if we wanted to and nobody would care, therefore when I let you go shut the fuck up, once plaintiff was released from tonchie's grip wire as tochie placed his thumb on the plaintiff's jaw line applying immense pressure to the untreaked jaw inflicting pain causing the plaintiff to become inabled in speech, yet when plaintiff was liberated from tonchie's grip plaintiff stated I guess DOC will have to kill me because I refuse to let anyone violate my constitutional rights, people have died for these rights. The plaintiff continued in his speech of injustice as staff put plaintiff in Unit 5's cell. Plaintiff's jaw was swollen, bruised shoulder, teeth loosened, and foot impairment yet before he could express injuries Nurse Victoria Rollens walked away Plaintiff notifies Carpenter of his need of medical, C.O. Carpenter states hell no you should have just shut the fuck up when told. C.O. Booth was informed of carpenters remarks indicating that the plaintiffs speech deprived plaintiff of medical C.O. Booth states oh well life sucks dont it.

"a Booth was informed about C.O. Carpentari remarks instructing the plaintiff that speech denied plaintiff of medical
"a Booth States Oh well life sucks dealt it.

• On 3/14/2018 at approximately 10am 10:20am plaintiff provided several documents of proof regarding plaintiff's jaw n
jaw diagnosis from previous providers, as Dr. Vargas neglects stating these treatment issues dont matter declining reference
that treatment is needed to jaw and foot. Plaintiff produced Daniel Lamb statement jaw really needs to be treated indicating n
plaintiffs right lower half of plaintiff's jaw is concaved from fractures. Plaintiff also provided Dr. Laura Allens statements of ju
reviewing chunks with opening also producing documentation which states plaintiff's jaw is abnormal providing evidence of 3D x-ray
f jaw showing plaintiff's jaw in-fact has an indentment causing pain and inability to chew. The plaintiff requested an oral
surgeon as "Dr. Vargas" declined. The plaintiff also expressed inability of not having plaintiff's medical boot which state
the plaintiff is to have until surgery. Dr. Vargas then state she needed a witness calling for C.O. Baylor, C.O. Baylor
then began asking questions of medical concerns he has no authority over as the plaintiff declined answering.

• On 3/14/2018 lay person Joseph Jones states in his declaration: I Joseph Jones have witnessed Phannstiel look
t Jabari Johnson medical records an xrays stating Mr. Johnson needs surgery on his jaw and foot. Phannstiel
jaw records stating on the right side of your mouth the lower half, their is no teeth. Mr. Johnson said I have
teeth, my jaw is fractured from falling down the stairs at El Paso county while on crutches. Mr. Johnson then apera
is mouth showing Phannstiel that he has teeth in his mouth stating you are now a witness due to Limon Correctiona
facility stating nothing is medically wrong with Mr. Johnson's face or foot.

• On 4/10/2018 upon entering the dinning hall at Limon Correctional Facility plaintiff retrieved his food tray in
ursuit of his table while in route C.O. Bustamante was at her post, Mr. Johnson expressed his concern as to the verbal
ssualtive behavior in which C.O. Bustamante spoke earlier, C.O. Bustamante indicated to Mrs. Johnson that she will speak
r she please's, stating "what will the plaintiff do about it" Once the plaintiff was seated the plaintiff stats he want do anything
must dont verbally assult him. C.O. Bustamante then aproaches as his back was turned oppossing no threat attempting
to eat his food when C.O. Bustamante engages the plaintiff stating "cuff-up". The plaintiff state, "for what".    C.O. Busta-
mante states that talking back. The plaintiff complies expressing he has done nothing wrong and is being denied of food
for expressing his (First Amendment) Right! Sgt Miller escorted the plaintiff back to Unit C2, the plaintiff while in
ransit cuffed detained behind the back asked Sgt Miller why was he being detained and denied of food. Sgt Miller
tated in the presence of Sgt Mason cup and Ronin that the deprivation of food was due to speech plaintiff indicated to
taff that his Civil Rights are knowingly being violated here as the First Amendment Protect (Freedom of Speech) Plainti
ho expressed that he is allowed the basic necessities of prison confinement therefore what is staffs reasoning of deprival
f food due to plaintiff being locked in his cell, Sgt Miller states your speech then walks away.

• On 4/10/2018 witness declaration by Darian Weaver and Anthony Dennis - Today on the date of 4/10/2018
gt Miller deprived Jabari Johnson of his right to eat. This incident took place at approximately 12:30pm
Jabari was removed from the chow hall for excercising his First Amendment Right Freedom of speech.

- On 4/16/2018 requested mediation for Jawon foot on Informal Resolution
  - ~~On the plaintiff on this matter~~

- On 4/17/2018 at approximately 8:55 p.m. plaintiff Jabari Johnson at the Limon Correctional Facility inside Unit 2C was in route to his assigned cell 2-03 in transit up the staircase approaching the second tier following directives to lockdown when the plaintiff observed a grenade thrown in his direction. The grenade then exploded as the plaintiff was struck in the cheek bone area inflicting excruciating pain causing plaintiff Jabari Johnson to accelerate even quicker towards his cell risk his fractured foot on the staircase in light to the mayhem inflicting severe pain and injury, yet upon approaching plaintiff's cell 2-03 another grenade was thrown, yet only at final moment the grenade was thrown by defendant

  Once Unit 2 was secured (locked down) from the event of DOC's malicious and sadistic intent to cause great bodily injury, offender Antonio Stancil inside cell 2-01 questioned C.O. Lewis referring to the previous incident as to why grenades were thrown when there was no opposing threat. C.O. Lewis "staff is tired of prisoners taking their time and the bet 'No one else will take their time.

  Hours later the Nurse was present at cell 2-03, the nurse asked was the plaintiff injured. Mr. Johnson indicated Yes my jaw is swollen along with my right foot, plaintiff also stated he was in need of an immediate x-ray. The Nurse stated put it in a Kite in which the plaintiff declared a medical emergency and was denied.

- On 4/20/2018 at approximately 9:21 pm several offenders were not locking down in a timely manner. C.O. Tetrault was asked by another offender why isn't grenades thrown to sight questioning DOC's initial reasoning for launching grenades using force where force was not needed. C.O. Tetrault then used his hand gesture of throwing a grenade in a underhand motion with his middle finger exposed while laughing indicating with full knowledge of staff's cruel conditions of confinement disregarding the human need for safety. Sgt Precourse stated she instructed C.O. Lewis and C.O. Tetrault to throw the grenades when plaintiff asked who ordered the launching of grenades at approximately 9:44 pm Plaintiff was on lock down for approximately a week injured and was severed a write up deeming all staff members involved liable.

- On 5/3/2018 at approximately 9:30 a.m.- 10:30 am located at the Limon Correctional Facility Plaintiff Jabari Johnson was notified by case manager Humphrey's inside Unit 2C to retrieve prior grievances from his office. Staff escorted the plaintiff the plaintiff to case Manager Humphrey's office which was unreal, once inside Case manager Humphrey's office the plaintiff was asked numerous questions pertaining to upcoming lawsuits were as the plaintiff indicated he would rather not speak of the case's and would rather concentrate on the matters at hand such as grievances. Plaintiff then expresses that he would like the next step grievances. Case manager Humphrey became irate stating "If you want answer my questions you can leave." The plaintiff then indicated he will leave exiting Case Manager Humphrey's office, Case Manager Humphrey then states "Cuffup" plaintiff complies was then cuffed detained opposing no threat as he committed no PREA violation, yet these occurances of retaliation occur more than often. Seconds later Sgt Reyna, Sgt Mungo, and C.O Kacin were notified in order to escort the plaintiff back to his cell. In route to Unit 2C the plaintiff was placed on the outter area of the glass, staff then decided to apply leg restraints in which staff escorted the plaintiff back towards the case Manager Humphrey's office as the plaintiff voices DOC's corruption violating the plaintiff's constitutional rights, at that moment while restraints were being applied to plaintiff's ankles Sgt Reyna placed his foot on the plaintiff's untreated right foot. Plaintiff indicated to Sgt Reyna to remove his foot were as he is knowingly inflicting pain, yet Sgt Reyna smiles

a continuance of inflicting pain with the sadistic and malicious intent to cause great bodily injury. Once plaintiff was shackled at the ankles, staff escorted the plaintiff towards Unit 2C were as Plaintiff announces "staff is knowingly and intentionally retaliating against the plaintiff for the filing of grievances lawsuits and upcoming lawsuits! Staff then pushes the plaintiff faster than the plaintiff is able to walk due to restraints and shackles and injury to right foot, yet Plaintiff places his left foot on the stair case in order to gain proper balance, due to the injury to right foot, Plaintiff then ready's himself to place his right foot on the second stair case in a manner of not intending to cause any further pain, when Sgt Reyna and staff slams the plaintiff on his untreated fractured jaw while opposing no threat detained behind the back and shackled at the ankles. Plaintiff expresses he is in excruciating pain and is in need of dyer medical treatment from medical personnel, instead staff ignores plaintiff dragging the plaintiff 15-20 ft on camera away from the stair case. C.O. Wango applies unnecessary pressure to plaintiffs feet, plaintiff expresses C.O. Wango refrain from applying any further pressure to plaintiffs feet, plaintiff also expresses fuchris of plaintiffs injury causing further pain by C.O. Wango as the plaintiff is compliant, C.O. Wango told plaintiff to shut the fuck up and that he should have never been running his mouth. Plaintiff state you cant slam me because of my speech, "Sgt Wango Knowingly Stated" the just Did!". Plaintiff was then placed in a restraint chair as the plaintiff opposed no threat. Mr. Darrin Weaver was also cuffed detained due to watching staff's misconduct in which he has full knowledge of staffs prior corruption towards plaintiff.

- On 5/4/18 plaintiff was released from the hole assigned housing with Mr. Darrin Weaver. Once introduced inside of the cell Mr. Darrin Weaver indicated C.O. Murray told him at approximately 9:30am-10am that it was messed up that they slammed Mr. Jabari Johnson hand cuffed detained behind the back and shackled. Upon hearing these comments the plaintiff asked C.O. Murray through the intercom how did she feel about the situation on 5/3/18 were as plaintiff was slammed on his face opposing no threat. C.O. Murray stated "what did you want me to do yell, wait my dint, stop, I couldn't do nothing." (Darrin Weaver was present.)

At approximately 12:01pm Mr. Darrin Weaver witnessed the plaintiff question C.O. Korin stating, "why was I slammed." C.O. Korin then fabricates the plaintiffs actions, alleging the plaintiff pulled away from staff. Mr. Darrin Weaver then expresses that he was eye witnessed Mr. Johnson never resisting nor pulling away, yet was slammed on his face, C.O. Korin then walks away.

- On 5/7/2018 at approximately 10:45am-11am arriving to academics Mr. Darrin Weaver approaches Major Nesby asking, Is it lawful to have an individual handcuffed and shackled opposing no threat walking willingly "back towards his cell, then being slammed without expressing aggressive behavior. Major Nesby states what! No their not allowed to do that. Darrin Weaver then told Major Nesby that this happened to Jabari Johnson on 5/3/18

- On 5/8/2018 at approximately 6:30am - 7:10am Mr. Darrin Weaver spoke to C.O. Lacey inside the

they slammed him in the first place.

• On 5/13/2018 at approximately 4:30pm-6pm located at the Limon Correctional Facility inside Unit 2C DOC staff members instructed Plaintiff Jabari Johnson to leave Cell 2-06 only to be housed in cell 3-03 with Blood ster offender Tevin Wright. offender Tevin Wright indicated to staff that he would kill the plaintiff if housed together. Upon plaintiffs knowledge of the explicit verbal threat of Mr. Wrights murder intent, plaintiff expressed to DOC staff member an excessive risk to inmate health and safety, indicating need of alternative housing. Staff member Johnathan Hawkins, LT Wildy, LT Laytin, Sgt Kelly, Correctional Officer Lewis and Sgt Kelly were notified of the severe circumstances due to the immense risk of danger to plaintiff's life. Offender Wright was instructed to visit staff's office were offender Wright notified Sgt Kelly and C.O. Lewis of his murderous intentions upon the plaintiffs life if celled together. Offender Tevin Wright was then instructed to return to Unit 2C upon offender Tevin Wrights retrival inside Unit 2C cell 3-03. Sgt Kelly approach the offender Tevin Wright. Mr. Tevin Wright sat in a chair guarding the entrance to cell 3-03 wearing black gloves stating to staff he refuses to live with Plaintiff Jabari Johnson and his intentions are to kill the plaintiff if celled together. Sgt Kelly knew of the risk to plaintiffs safety an obvious victim in a dangerous situation were as the plaintiff health and safety was at risk. Sgt Kelly decided to cuff offender Wright escorting him to the multipurpose room. Staff insisted that the plaintiff return to cell 3-03 in which plaintiff complied. Upon plaintiffs observation while moving his legal box inside of the cell he noticed from the 3rd tier staff member escorting offender Tevin Wright back to Unit 2C up to cell 3-03. Plaintiff immediately dragged his legal box out of the cell. At that moment Captain Hawkins, LT Laytin, LT Wildy, LT Malanado, C.O. Sixkiller, C.O. Lewis and Sgt Kelly were present. Staff instructed the plaintiff to comply with cell assigned living. The plaintiff then expressed to all staff members in attendance that he will not enter a cell where he was told he will be killed expressing DOC staff member are knowingly attempting to make the plaintiff kill Tevin Wright in order to get more time or Tevin Wright kill plaintiff in hopes to jeopardize plaintiff's and upcoming lawsuits placing Mr. Johnson in imminent danger. Mr. Jabari Johnson also complained that he is not a (blood) as Doc has knowingly classified him as attempting to create a dangerous enviroment for the plaintiff. The plaintiff also indicated he has filed grievances and the necessary paperwork to be removed from STG affiliation of Bloods. Sgt Kelly then instructs the plaintiff to cuff up as Mr. Johnson complies with directives the plaintiff was slammed on his untreated fractured jaw inflicting damage of loosening teeth causing impairment to jaw alignment while detained cuffed behind the back apposing no threat then was dragged inside cell 3-03 also inflicting damages to untreated fractured right fist which became swollen immediately. Plaintiff declared an immense medical emergency due to excessive force, but staff ignored the complaint. Once inside 3-03 Laytin pulled her tazer out indicating to the plaintiff while he lay on his stomach bound to the floor by staff stating move and you'll get tased. Plaintiff contracts LT Laytin of her misconduct as restraints were taken off LT Laytin state's retreat to the back of the cell. Plaintiff responds to LT Laytin orders stating that all staff members present are intending to create a murder scene. LT Laytin actions consisted of loud shouts verbally directing Plaintiff to the back of the cell or get tased. Plaintiff complies indicating to Captain Hawkins that his illicit actions will not go unnotified, also expressed the captains violation of the 8th Amendment placing the plaintiff Jabari Johnson in imminent danger as

rade of conduct, plaintiff then exposed that his intentions will cause captain Hawkins name he to be implicated in a grievance due to the current situation, captain Hawkins then stated to another staff member to make sure you take Mr. Johnson's legal belongings and legal box.

Seconds later offender Tevin Wright was placed inside Cell 3-03 were staff took restraints off offender Tevin Wright. Upon restraints being removed the plaintiff was then attacked, yet Mr. Jabari Johnson while injured defended himself with an attempt to severly damage offender Tevin Wright, yet during the trail of punches plaintiffs right foot was stepped on causing excruciating pain. Staff members then placed plaintiff Jabari Johnson in cuffing both plaintiff and offender escorting both individuals to the hole. Arrival to the hole the nurse arrived refusing to document injuries.

• On 5/13/2018 witness declaration was completed by Jack Miller III stating: At approximately 4:30pm-6pm I Jack Miller III heard another offender state he would kill Jabari Johnson if he was placed in the cell. He told several correctional officers his intent and still Limon's staff still dragged Jabari Johnson in cell with Tevin Wright.

• On 5/14/2018 Mr. Johnson was released from the hole with no write up, but did not sustain severe injuries to lower right jaw and right foot due to excessive force by DOC staff members, also due to incident involving offender Tevin Wright which was neglected/not treated.

• On 5/14/2018 the plaintiff was deprived of contacting his witness Darian Weaver at the plaintiffs disciplinary hearing of incident pertaining to 5/3/2018 in which LT Madar conducted. Plaintiff was also deprived of review regarding video evidence which would prove the plaintiffs innocence.

• On 5/14/2018 At approximately 9:30am-10:20am Darian Weaver observed video footage of the 5/13/2018 incident at his hearing. Darian Weaver stake staffs actions are outrageous he also expressed to the plaintiff that he saw sit Reyna slam Mr. Johnson and aggressively dragging him to the wall. Mr. Darian Weaver then wrote several statements at what he saw and heard from each officer and situation stating he will testify to what he saw.

• On 5/17/2018 Witness Lay person Minette Carter declaration states: Enclosed are documents showing the neglect of medical and dental care to inmate Jabari Johnson (#177601) who is currently incarcerated with the Colorado Department of Corrections in Limon, Colorado. Mr. Johnson for the past 2 years has requested medical attention for his foot and dental attention for a broken jaw in which Mr. Johnson in the attached documents Mr. Johnson alleges one of the correctional officers slammed him into a counter and then slammed his face to the floor.

Mr. Johnson is not asking for special treatment but is requesting that the Colorado Department of corrections its care of medical and dental needs so he is able to walk and do simple things such as eat without pain and not

In the event that this also opens up a case into the mistreatment and abuse that Mr. Johnson has recieved from the hands of the correctional officers, there are witnessed statement advising of such.

• On 5/26/2018 inside Unit 2B Crawford stated through the intercom directed at everyone "Lock the Fuck Down", thats why we throw grenades at your asses, at approximately 12:30 pm relating to the 4/17/2018 incident were offenders were not locked down at the precise time causing staff to use excessive force were force was not needed, plaintiff notified sgt Kelly, sgt Kelly indicated the comment was not smart, and that staff will suffer the consequences for their actions.

• On 5/31/2018 Darian Weaver wrote a declaration on plaintiffs grievance stating: I Darian Weaver have seen Mr. Jabari Johnson's medical documents of his fractured jaw and broken foot. At the time that me and Mr. Johnson were cell mates, I witnessed that Mr. Johnson has trouble eating on his left side and cant eat at all on his right side due to his fractured jaw. He also cannot walk on his right foot due to his right foot being broken. Mr. Johnson needs treatment to his injuries based on what I've witnessed.

• On 6/5/18 captain Yates brought the plaintiff C.O Crawfords write up to Unit 2C stating "Crawford wont state that again I took care of it. Plaintiff requested that the subject was not properly addressed and will address the grievances in state and District Court.

• On 6/5/2018 at approximately 12 p.m. Sgt Reyna tried to wift the plaintiff up while in hand coffle, plaintiff stated if you harm or sadistically intend to cause bodily injury I will sue. Sgt Reyna then states in front of Lewis, I will slam your ass again referring to his actions on 5/3/2018 that also consisted of Sgt Wango and Kavin. Sgt Reyna indicated he tosses the plaintiff and do not care what the plaintiff wants. Plaintiff instructs Reyna of his illicit actions of tossing the plaintiff. Reyna then states he meant the plaintiffs papers. The plaintiff indicated that makes no sense as you just refered to your actions slamming the plaintiff while handcuffed shackled behind the back.

• On 6/17/2018 upon leaving Limon correctional Facility plaintiff religious material Quran and New Balance was lost, plaintiff requested his Quran be granted back, yet was denied.

• On 6/24/2018 Plaintiff sends an Informal Resolution out stating: On 6/21/18 Ive notified medical of necessary medical/dental treatment in regards to my right foot and lower right jaw which documents state jaw and foot is to be repaired by surgery. Due to negligence by stating medical staff I am subjected to constant discomfort. I am intentionally, knowingly, sadistically and maliciously made to walk on right foot without proper medical treatment/appliances along with excruciating pain from fracture to jaw which have healed incorrectly obviously misaligned were as I am unable to chew on the right side. Remedy: Provide surgery to face and foot, medication be provided due to pain. Provide all DOC staff members with body cams.

- On 7/4/2018 at approximately 4am medication for plaintiffs injuries (lower right jaw and right foot) was prescribed after almost a year of requesting the need for medication due to chronic pain. Remedy: Provide all medical/Dental Records including x-rays from DRDC, Limon, and Sterling, provide surgery for right lower jaw and right foot.

- On 7/4/2018 at approximately 3:55 p.m. located at The Sterling Correctional Facility inside Unit 8 POD B cell 1-07 Sgt Lewis states through the intercome why is the plaintiff pressing the intercom button. The plaintiff reply stating medical has subjected me to relentless illicit actions of retaliation indeed irreconcilable behavior depriving plaintiff of the right to repair injuries which impede plaintiffs life and daily living, were as the plaintiff is in need of grievances. Sgt Lewis indicated we don't care about you writing grievances. Plaintiff replies, "Legally DOC is afraid of me." Sgt Lewis actions none-the-less became irate stating he is not afraid and that he would open the plaintiff door and break the plaintiff in order to make the plaintiff refrain from writing grievances. Plaintiff then states, "surely you should"; I have an entire arsenal legally of excessive use of force against staff. Sgt Lewis further made comments involving illicit activity stating he will have the blood homies kill the plaintiff if the plaintiff continues writing grievances and pursuing lawsuits. Sgt Lewis threats and subjecting the plaintiff to reprisal with full knowledge of DOC intentionally creating problems/assaults upon the plaintiffs life placing the plaintiffs life in imminent danger equaling assault by proxy with the intent to cause great bodily injury or death. Shortly after the plaintiff was taken to segregation on false COPD charges alleging the plaintiff indicated to C.O. Spaeth to suck his dick. Plaintiffs time a Seg was from date 7/4/2018-7/18/2018. Plaintiff was none-the-less deprived of his hearing unconstitutionally, were as sanctions were implemented such as 30 days loss of good time along with 30 days loss of privileges.

- On 7/5/2018 at 7am-12p.m. located at The Sterling Correctional Facility inside Unit 5A cell 2-01 Nurse Haley Faulkner arrived at plaintiffs cell with 5 release of information forms as plaintiff requested previously. Plaintiff thereon then began to produce factual evidence from DRDC's provider Laura Allen on 9/1/2017 regarding medical documentation stating the plaintiff suffers from hammer toe to plaintiff's right foot second toe which either needs surgery or a medical cast. Plaintiff also produced documentation from DRDC's provider Laura Allen stating plaintiff's right lower jaw is concaved misaligned causing impairment of chewing also continual pain-none-the-less jaw clinched deviating left upon patient mouth opening. Plaintiff has requested treatment of his injuries were as the medical staff refuses the plaintiff a waiting but since Oct 19, 2017, were as DRDC's intake provider advised such treatment, also was deprived of treatment to jaw on 1/5/2018 in which Dr. Thompson expressed to the plaintiff that he would need to lose weight in order to see an oral surgeon regarding his injuries that cause excruciating pain impacting on plaintiffs life and daily living causing major concern in areas of walking and chewing. Nurse Haley Faulkner then stated to the plaintiff "why is the plaintiff showing her the documentation expressing that she has no desire to see anymore. The plaintiff then questions Haley Faulkner requesting an answer to his question, "Aren't you medical?" Haley Faulkner replies "Yes" The plaintiff furthermore request the nurse to explain why she is not concerned in evaluating the plaintiffs recurdent treatment when in fact plaintiff is able to produce such evidence regarding required treatment. Plaintiff explains to Nurse Haley Faulkner that she is not completing job requirements neglecting injuries and treatment. The plaintiff then branches the topic in which he asked Nurse Haley Faulkner was she going to explain to medical staff that the plaintiff is injured, and that she has witnessed such documentation of injuries and urgent treatment. Nurse Haley

Faulkner answer consisted of no and that she could not help the plaintiff knowingly and intentionally neglecting requirements of medical personnel.

• On 7/7/2018 at approximately 7am ▓▓▓ located at The Sterling Correctional during mealtime inside Unit 5 restrictive housing Peacock attempted to close the tray slot in plaintiff's face after he knowingly addressed plaintiffs medical concerns when plaintiff asked Chantel Latman for 13 release of information, form and surgery. C.O. Peacock ▓▓▓ replied that the plaintiff could not receive 13 forms unless the plaintiff kite for them. C.O. Peacock insisted upon how plaintiff is to medical documents and treatment. Nurse Chantel Latman agree's with Peacock stating she will not get the forms because she will not remember to bring them back to this Unit. Peacock then became aggressive in attempt to prevent medical care by closing the tray slot in Jabari Johnson's face intentionally, knowingly, sadistically and maliciously with intent to cause bodily harm. The nurse was asked her name numerously as Peacock antagonizes the plaintiff stating make sure you spell my name right.

• On 7/8/2018 at approximately 8pm-9pm located at The Sterling Correctional Facility in side Unit 5A 2-01 Sgt Neece approached plaintiff's cell 2-01 attempting to speak about D.O.C issue's surrounding rehabilitation, improper medical care, dental care, assault by Doc etc, yet the dialogue of our conversation began when plaintiff mentioned "Doc is frightened of me legally"! Sgt Neece stated "I'm not". The plaintiff response was of course not due to fact you have not violated my Civil Rights or assaulted me Sgt Neece then shruggs his shoulders stating "true", in which Sgt Neece has full knowledge of staff atmosphere towards the plaintiff. Plaintiff then began to grab his medical/dental document of vital evidence regarding required treatment, Sgt Neece then becomes flustered stating he has no intent in viewing the documentation. Plaintiff states "You know I need medical/dental care I am not recieving." Sgt Neece responds "I know! Plaintiff then indicated the more he is neglected medically and deprived dental treatment, the more he will sue for. Plaintiff approaches the topic in which he asked Sgt Neece, Do you know why medical/dental continuously neglect my injuries knowingly and intentionally depriving adequate health care. Sgt Neece confirms medical and dental personnel faults by stating "I dont know why they have not provided proper health care as he has observed the plaintiff suffer from pain and injury on several occasions.

• On 7/18/2018 Nurse Practitioner Kristner at approximately 6:30am refused to accept Dental 3d xrays of plaintiffs facial structure, The 3d xray produced evidence of concealment to the lower right jaw indicating by visual analysis that the plaintiffs jaw is misaligned, along with medical/dental documentation refering to the injury and treatment of surgery. The plaintiff then attempted to address issues regarding plaintiffs right injured foot, in attempt to discuss surgery, and a medical boot Dr. Kristner states an date of 9/18/2017 the medical boot was denied. The plaintiff expressed records indicate the plaintiff recieved a medical boot on 9/16/2017. Also was given another medical boot on 10/13/2017 were records indicate on grievance #RDU 17/18-ODIITR-1 Kristner had no intention of observing plaintiffs right foot injury, yet decided to due to the plaintiff persistance requesting observation. Kristner none-the-less refused to examine plaintiffs mouth due to plaintiff enlightening Dr. Kristner that the plaintiff's injury in fact still exsist and have not been repaired.

• On 7/18/2018 at approximately 11am-1:30pm located at The Sterling Correctional Facility inside Unit 5A cell 2-01 C.O. Alvarez was asked by the plaintiff, "why is medical continually fabricating lies when I have (documentation) exposing injuries. Plaintiff was referring to his Dr. Visit with Kirchner on 7/18/2018 at approximately 6pm. were as C.O. Hodges and C.O. Paugh assisted the plaintiff upon his Dr. Visit. The plaintiff then showed C.O. Alvarez his 3Dx therax. stated "Dude, your right side of your jaw is caved in misaligned. The plaintiff stated I Know' The plaintiff stated I've been requesting treatment since I was in Unit 4 with you. C.O. Alvarez states, "I remember" The plaintiff states these occurances are going to court, The plaintiff also requested that C.O. Alvarez be his witness. C.O. Alvarez said of course, if your not recieving adequate treatment which I know of I'll testify to what I know and saw, then gave the plaintiff his withdrawl ticket and tooth paste, stating what they're doing to you isnt right.

• On 8/2/2018 at approximately 8pm, LT. Quilin, LT Jackson and Silvia Conducted a strip search, continuously making the plaintiff bend over showing the plaintiffs rectal area. LT Quilin and Jackson stated each time the plaintiff bent over, "if you weren't doing it right, then would laugh humiliating/harassing the plaintiff. The plaintiff was made to bend over 10 or more times. The plaintiff then states to LT Jackson and LT Quilin that he will not be subjected to sexual harrassment as the plaintiff indicated to the camera one more time. The plaintiff was then asked for another as a staff member Quilin stated do it one more time and spread your ass cheeks like you mean it.

• On 8/3/2018 at approximately 5:30pm. Merten and suppes were providing food trays, Merten was asked by the plaintiff to look at his medical/dental documentation which states jaw-fracture, Foot-fracture in need of surgery also a medical boot ASAP. Both C.O.'s read the documentation, plaintiff told Merten you have full knowledge of my medical/dental situation regarding improper medical/dental care, you are now a reliable withe. Merten's state no, he is not, Merten states he will tell the courts he has seen no such thing. At approximately 5:55pm. C.O. Merten and suppes were picking up trays upon arriving to the plaintiffs cell 2-016 the plaintiff stated to Merten lying to the courts is perjury, these illicit actions may remove you as a DOC employee C.O. Merten then states he would write the plaintiff up. C.O. Suppes was present. At approximately 6pm-6:20p Lt Neece, C.O. Suppes, LT Quilin and LT Winfield Came to cell 2-016 in Unit 8 stating lets go for a walk cuff up". plaintiff complies and is detained, once detained LT Quilin states we are going to segregation and you will walk on the way. Plaintiff stated he will not speak of anything. LT Quilin states yes you will trying to solicitate my staff. Plaintiffs response was I did not solicit anyone and I've done taking during transit towards living Unit 8's Elevator once on the Elevator LT Quilin stated their aren't any cameras inside of the elevator implying he could assult the plaintiff without any video footage evidence. LT Quilin then kicks the plaintiffs right foot stamping on plaintiffs foot sending a wave of pain from plaintiffs right foot up plaintiffs leg surging along plaintiffs spinal cord. With each step plaintiff taken, known was in unbearable pain, the plaintiff thought he would collapse. Sgt Neece then intentionally stepson plaintiffs left foot inflicting pain causing plaintiffs great toe to become black in color, yet arriving in Unit-5 the plaintiff was placed in cell 1-01

At approximately 6:30pm inside cell 1-1 Plaintiff told C.O Arguello that he needed the phone to notify his attorney of being subjected to willful and wanton assault, plaintiff also declared a medical emergency for his feet and a mental health emergency due to depression of constantly being assaulted by staff. Arguello then states "No". Plaintiff notices with every second his feet swollenness worsens. Plaintiff then musters strength to cover his glass panel in hopes to retrieve medical. The covering was successful. At approximate 7pm movers came to plaintiffs cell 1-1 and stated "Jabari," then walked away without making sure plaintiff was alive. At approximately 7:30pm through the intercomo Arguello states per LT Quilin you were already hurt before coming to the hole. At approximately 7:50pm the covering fell as Sgt Dolley did her walk. Plaintiff notified her of plaintiffs medical emergency. At approximately 8pm LT Quilin came to cell 1-1 and was notified of a medical emergency. LT Quilin states "no", he also handed the plaintiff a cell agreement. Plaintiff requested to use the phone and sign the phone agreement, yet LT Quilin stated "no" again. Plaintiff stated he has to notify his attorney of assault and battery etc. LT Quilin states sign the cell acceptance. LT Quilin then stated dumbass due to plaintiff refusing to sign the cell acceptance even after LT Quilin stated the plaintiff will be charged for the chipped paint. At approximately 9pm Haley Faulkner came to cell 1-1 stating she is present to conduct an anatomical. Plaintiff states he has called for a medical emergency 2 hours ago. Haley states "Oh, I know whats wrong". Plaintiff state his feet was stomped on and they are extremely swollen. Haley then states the "right hammer toe appears to look as it always has. Plaintiff explains to Haley that she have observed medical and dental documentation on 7/5/18 which states plaintiff needs surgery on right foot a lower right jaw due to fractures, yet you (Haley) stated you will not notify staff of observing the very xray a medical dental documentation stating a medical boot is to be provided and surgery to "both fractures, there fore please do not lie. Haley then replies stating she will give the plaintiff ICE and tylenol. At approximately 9:30pm. Nurse Kendra brought the tylenol and ice pack stating you have to stand in order to drink the water from the faucet due to Kendra not having a water cup. Plaintiff told Kendra he could not stand due to injuries to his feet. Nurse Kendra then states "you wont be getting your medication then. The plaintiff told Kendra your job duties are to have a paper cup(s) with medication. Nurse Kendra quickly found a cup. Sgt Dolley was present. At approximately 10pm. LT Roland Jackson and suppes arrived at plaintiffs cell 1-1 on camera. The Plaintiff was told by Roland Jackson in order to recieve his legal box that the plaintiff has to stand, Plaintiff instructed LT Jackson that he is injured and can make no such attempt. Plaintiff told LT Jackson to open the tray slot and the plaintiff would watch the search of his legal box. LT Jackson states "No" its a safety and security risk. Plaintiff stated Nurse Kendra was present 30 minutes ago and handed the plaintiff his medication through the tray slot that Sgt Dolley opened. LT Jackson states it wont happen. Plaintiff states LT Jackson is knowingly and intentionally impeding on the plaintiffs access to the courts due to plaintiffs appeals, lawsuits and filings within the courts by withholding plaintiffs legal box and legal material. LT Jackson state you will get your legal material if you standup. The plaintiff states his injury's are severe as the LT knowingly and intentionally intend to bribe the plaintiff to stand for legal material. LT Jackson stated since you wont stand would you rather I shove it through the tray slot. Plaintiff then stated to the LT that he was knowingly and intentionally subjecting the plaintiff to cruel conditions. LT Jackson then state we your other

plaintiff state I have in injury's to both feet and I need my legal material to access the court, also m the phone to contact my attorney and family in order to explain DOC's illicit actions. I also would like yoa and mental health treatment for depression due to constant assaults by staff and not recieving adequate med dental care etc. Plaintiff instructed Lt. Jackson that he will be sued. LT Jackson stated we are all going to owrt. The Plaintiff stated you mean for the conspiracy. LT Jackson said yup, you wont win.

At approximately 11pm Sgt Hartman came to cell 1-1 stating he will not give the plaintiff his leg box or legal material because the plaintiff wont stand. Sgt Hartman knowingly and intentionally insisted that the plaintiff stand on his injuries. Plaintiff also instructed Sgt Hartman that he was in fact impeding on plaintiff's access to the courts by insisting that the plaintiff stand when staff has full knowledge of plaintiff injuries. Hartman indicated he will not open the tray slot to let the plaintiff observe staff search the plaintiff's legal box due to safety and security. Plaintiff state their is no safety and security issue. Sgt Hartman walks away. At 11:50pm Sgt Hartman came to cell 1-1 stating he will give the plaintiff his regular property not the plaintiff's legal property. Sgt Hartman then opens the tray slot dropping inside the cell blankets and toilet paper. The plaintiff then indicated to Sgt Hartman that he thought opening the tray slot was a safety and security issue expecting that staff is deliberately depriving the plaintiff of his legal right to access the courts. Hartman walks away.

• On 8/02/2018 inside Unit 5 at approximately 6:30am-7am Elbel and Sgt Andriello opened the tray slot as the plaintiff sat awaiting to grab his food. Elbel stated "stand up and get your food or you wont eat". Due to injuries the plaintiff explained to Andriello and Elbel that he could not accomplish such a task staff walked away depriving the plaintiff of breakfast. The plaintiff also requested a medical emergency.

At approximately 7am-8am the plaintiff stated to Mitchell and Elbel that he needed the phone to call his attorney and was deprived.

At approximately 8am plaintiff told Nurse Brittany during medline that he called for a medical emergency. Brittany stated someone else will look at it.

At approximately 8:10am Sgt Andriello was notified once more of his medical emergency. Plaintiff also asked Sgt Andriello was he being deprived of medical, the sgt stated probably.

At approximately 9am Gracia, Tanchie, Giles, and Leon Johnson came to the plaintiff's cell 1-1. Giles stated "stand up cuff up and go to medical. the plaintiff stated "how am I to stand, if I am unable and injured. Plaintiff told Giles to tell medical to check his injuries at his cell. Giles stated medical dont do that. Tanchie then came to plaintiffs glass panel stating "I like you, but Giles like to assault you. Gracia then stated they will get the wheelchair. Giles and Leon Johnson stated on then it will look like he's hurt on camera. All staff then left after Giles and Leon stated theirs no shit or piss on the floor so you can walk. The plaintiff told the c.o's that he makes a bowel movement and urinate in the ice bag the nurse brought yesterday as the plaintiff rinse it out after use. All c.o's laughed and walked way.

At approximately 9:20 a.m. Nurse Chantel Lohman arrived at plaintiff's door stating Johnson are you hurt, the plaintiff states yes, Chantel states can you walk. The plaintiff stated no. Chantel then stated why did you refuse to see me. The plaintiff stated I never refused you just asked me am I hurt and can I walk. I told you I am hurt and I cant walk. The plaintiff told Nurse Chantel Lohman that he has no time for medical's lies and that he needs an x-ray, also an outside provider due to negligence of staff's work ethic committing fraud within plaintiff's medical records depriving dental/medical care, waiting hours to observe plaintiff's injuries after requesting a medical emergency. The plaintiff then told Chantel this meeting is over, plaintiff states he has shown several nurse's his injuries and demonstrated how many times will it take to recieve treatment. Captain Scott told plaintiff fuck you and your injuries. Ebel at approximately 10:30 a.m. - 11:30 a.m. denied plaintiff of food once again stating the nurse checked your injuries and declared you able to walk. The plaintiff stated the nurse did not check anything. Plaintiff told Elbel give my food and stop refusing him. Elbel stated you refused yourself because you wont stand up, then closed the tray slot. Plaintiff Jabari Johnson sat near the tray slot entirely hungry, plaintiff also suffered headaches and dizziness, plaintiff's pain intensified to back, leg and feet due to no food.

At approximately 2pm. Leon and Giles arrived at plaintiff's cell LT banging on plaintiff's door stating the plaintiff still haven't shifted and pissed on the floor which indicate he's alright we also see you breathing.

At approximately 2pm-3pm Legal assistant Nichols brought the plaintiff legal material as Sgt. Dalley opened the tray slot, Ms. Nichols reached her entire arm into plaintiff's cell as he scooted on his buttocks towards the tray slot to recieve the material.

At approximately 2pm-4pm LT Wallace stated keep doing what you're doing exposing DOC

At approximately 2pm-4pm Sgt Dalley asked the plaintiff how does he press the medical emergency button. The plaintiff then scooted on his buttocks showing the sgt by reaching up. The plaintiff also told sgt Dalley he did not eat today, Dalley stated she heard.

At approximately 5pm-6pm Sgt Dalley, Moreno, and Arguello arrived at cell LT with plaintiff's salad also knowledge that plaintiff was not able to eat earlier. Arguello then asked can you stand. The plaintiff was sitting near the tray slot and stated no Arguello stated why. The plaintiff stated you know why (staff assault me), Arguello then opens the tray slot handing the plaintiff the food.

At approximately 7pm-9pm LT winger stated Aha, Aha, you cant walk Johnson is your foot still injured, LT Quilin Juried in by calling the plaintiff dip shit stating bye, expressing verbally either you stand or you wont get your legal property, so keep writing on toilet paper.

At approximately 7pm - 9pm Arguello and Shino refused plaintiff of his legal material, access to the courts stating you have to stand in order to recieve it. The plaintiff told Arguello he couldn't.

At approximately 9pm Shino deprived plaintiff of med line stating the plaintiff has to stand



• On 8/25/2018 at approximately 10:30am.-11am. Sgt Andriello stated that the plaintiff could not have the phone unless he signed the phone agreement and if the plaintiff had not he wouldn't be able to sign up for it now because it's to late. Plaintiff state he was deprived of signing the phone agreement. Plaintiff stated theirs no limitation when you can sign the phone agreement. C.O Lucero stated they wont give you anything because you wont lawd up. The Plaintiff state "No, staff assaulted me and dont want me to be hurt, but facts are facts. Sgt Andriello states its the Captain decision At approximately 12:30pm. Plaintiff expressed per AR DOC has 24hours to give an inmate their property. Plaintiff indicated his belongings have been held for 2 days Sgt Andriello states its not being willheld. The plaintiff states of course it is as Doc violates their Administrative Regulation. Plaintiff also states he have not been able to brush his teeth or wash his hands etc. living as a caged animal. Sgt Andri then walked away.

At approximately 4:41pm Shino stated you will have to cuff up in order to get your property, the plaintiff states hand it through the tray slot. Shino states "no". The Plaintiff indicated to shino staff's horrious action have deemed them liable as the plaintiff have rights to file a civil Action under the 8th Amendment Cruel and Unual punishment.

At approximately 4:42pm plaintiff asked for the phone to contact PREA.

At approximately 5pm-6pm Plaintiff contacted PREA which was the 3rd time in the month of August reporting LT Quilin actions of sexual harrassment. Assistant Linda was told by the plaintiff on 8/24 LT Quilin arrived in Unit 5 speaking to another inmate stating "Aye, Ima stop looking at my dick. you wanna see my dick bra. Plaintiff told Mr. Linda, that the plaintiff explained to Quilin that his behavior as unexcipltable raising concerns as to if Quilin is a gay male. None-the-less the plaintiff is straight and rather have not heard those comments. LT Quilin stated do you wanna see my dick, they ill want to see it. The plaintiff declined stating he will sue and press charges, LT Quilin then fled.

At approximately 5pm-6pm after contacting PREA the plaintiff tried calling his fiancée Danielle Fowther and Mother Lessie Powell. The plaintiff spoke to Ms. Fowther each call for literally a second before LT Weaver would disconnect the call Plaintiff could only explain briefly that Doc intention was to kill the plaintiff to his fiancée. The disconnecting continued each time plaintiff called his fiancée and mother as the plaintiff's family would answer on their end. Seconds later LT Weaver came to cell 1-1 stating you cant call noone use the PREA) as LT Weaver unplugged the entire base.

At approximately 6pm-7pm plaintiff spoke to LT Weaver for 30 minutes to an hour through his tray slot purposely on camera. LT Weaver while talking states staff cant give the plaintiff his legal material because they would have to pick the box up to show the plaintiff through his tray slot The plaintiff stated no you ont create reasonable distance so I can see the search. LT Weaver denied staff could not make a reasonable cuple as to why they were withholding the plaintiffs legal material.

At approximately 8pm- 9:30pm. LT Quilin kicked the door several times stating he would fuck the plaintiff. The plaintiff stated "do it" dont you think the injuries inflicted has gotten you in enough trouble. LT Wingert then stated tweety bird

At approximately 9:55pm the plaintiff to LT Weaver and Sgt Dallas he needed an envelope for his legal mail that was just recieved, both C.O's stated they dont have any. The plaintiff stated he has some in his legal

On 8/24/2018 captain Scott at approximately 1-2pm. spoke to plaintiff about grievances at cell 1-1 stating walk to his office to speak to him about them. The plaintiff reminded Captain Scott that he could not walk to his office to speak to him about them. The plaintiff stated medical is frauds they have not accessed the Captain Scott stated medical stated you can. The plaintiff stated medical is frauds they have not accessed the plaintiff properly. The plaintiff stated for almost a year the plaintiff have been deprived of medication. The plaintiff also told captain Scott that his legal box is being with held stating he hasn't had hygiene or a shower in 3 days. The Plaintiff state this a major concern as Captain Scott stated he will get back with the plaintiff.

3 minutes later LT Piel and Pappas arrived stating here Johnson I didn't know you hadn't recieved your belongings, but can you stand for them. The plaintiff stated he's injured, also stating LT Piel knew of plaintiff's material not being given as all staff knew. LT Piel then stated alright handing the plaintiff his regular property, then gave the plaintiff all contents in legal box. LT Piel stated "Do you want me to give you your legal box through the tray slot by breaking it. Plaintiff stated you mean as well its already destroyed due to DOC. Captain Scott then came back with a sad medical story, the plaintiff told Captain Scott that the plaintiff needs a real Dr. The plaintiff stated he's afraid of medical due to negligence. Captain Scott became up stating he's smarter then the plaintiff and have a degree in pre-law running until the plaintiff stated you are the captain at my door I guess you're not smarter after all. In fact a degree does not make you smart.

• On 9/9/2018 at approximately 7:30pm-8pm Plaintiff Jabari Johnson requested to have his legal mail sent out, LT Fernandez states "no send it out tomorrow when mail go out. Plaintiff Jabari Johnson expressed that is sunday and legal mail is completed at night which will be processed on Monday morning. LT Fernandez state he will think about in a nonchalant manner, then walked away. At approximately 8:00pm plaintiff scowled on his butt due to injuries of staff use of excessive force which took place on 8/21/18 impairing plaintiff's ability to walk yet plaintiff climber up the toilet pressing the emergency button notifing C.O. Tuck who did not answer for approximately 20 minutes. Once Tuck answered stating "what", the plaintiff indicated he is in need of assistance of a C.O. to complete the form in sending legal mail out. C.O. Tuck continualy made antagonizing remarks to deter the plaintiff Plaintiff Jabari Johnson then places his civil Action case # on the glass panel of cell 1-05.

At approximately 8:30pm-8:40pm CO Mantych and C.O. Hardaway arrived at Cell 1-05 stating take the paper down or you wont send legal mail out the plaintiff then informs C.O. Hardaway that theirs no policy stating the plaintiff cannot place a lawsuit on the glass panel of his cell especially when staff can visually observe the plaintiff inside the cell. The plaintiff also expressed other offenders have pictures paper etc. on their panel, yet why is the plaintiff being retaliated against amongst discrimination. Plaintiff then removes the lawsuit expressing DOC staff is actually upset due to plaintiff exposing several illicit actions of DOC thru grievances and lawsuits deeming all staff members involved liable in a Civil Action. Plaintiff also indicated you are violating my freedom of expression, yet my take it down now. C.O. Hardaway then opens the tray slot as plaintiff sit near the tray slot inside of his cell as C.O. Hardaway hands the plaintiff the form Plaintiff verbally instructs C.O. Hardaway that the more DOC retaliate against the plaintiff for protected speech and expression the more lawsuits will be filed. C.O. Hardaway then became belligerent calling the plaintiff names such as ugly stating Plaintiffs attempt to sue DOC, that DOC will make sure you don

C.O. Mantych then states filing grievances and lawsuits haven't gotten you anywhere with Doc maybe he should stop and things may be easier for you. C.O. Mantych was asked by the plaintiff if C.O. Mantych was referring to Doc retaliating against the plaintiff for redress of government Mantych didn't speak. Plaintiff stated well in that case I won't stop I am in pursuit of justice, also indicating to Hardaway to watch who she is talking to calling individuals ugly were as she should look in the mirror. At that moment Sgt Crowder along with LT Fernandez walked up asking the plaintiff what is his deal. The plaintiff told Sgt Crowder to refrain from speaking to him when he knowingly and intentionally deprived the plaintiff of a hot meal just yesterday. Plaintiff then places his lawsuit on the glass panel. Sgt Crowder then continually bangs kicks cell 1-05 stating offender Johnson take the paper off the window. Plaintiff state why are you harassing me, you have visual of my presence. Plaintiff also indicated their are others in unit 6,7, and 8 who have their entire window nearly covered, yet you're harassing me without harassing anyone. Sgt Crowder ignore the plaintiffs facts stating offender Johnson you won't get meds if you don't take the paper down. Plaintiff; did not take the paper down. Sgt Crowder refused plaintiff of medication, as plaintiff state he will expose Doc to the entire unit and everyone will know of the injustice. Sgt Crowder then stated continue and I will fuck you up. Plaintiff states if God wills it. LT Fernandez was present and also visually observed plaintiff inside of his cell on the floor. Plaintiff state theirs no policy restricting it so he is in the right. Both LT Fernandez and Sgt Crowder walks away. Moments later LT Fernandez arrived at cell 1-05 stating "cuff up"! Plaintiff state for what". . . . LT Fernandez state "threats" Plaintiff state I have threatened no one. LT Fernandez state either way you are going to unit 5 restrictive housing "so cuff up". Plaintiff state he is continually retaliated against for exercising his first Amendment right freedom of speech and expression. Plaintiff state placing a lawsuit on the glass were as staff retaliate with false charges to send plaintiff to segregation is unconstitutional when he has threatened no one. Plaintiff also states just 3 weeks ago he went to segregation for the exact same issue, yet C.O. Merten stated he will write the plaintiff up because the plaintiff stated if C.O. Merten lie to the courts about what he saw then that will be perjury. The plaintiff then told LT Fernandez he will pack his stuff, LT Fernandez states it will be packed for you. The plaintiff stated he will pack his own legal material and tie it up in a sheet due to LT Piel storing the plaintiffs legal box in his office, from plaintiffs excessive force incident on 8/21/18, in which plaintiff had not recieved his legal box back at that moment. Once the plaintiff was done packing he scooted on his buttocks towards the tray slot. LT Fernandez opened the tray slot; Plaintiff placed both hands out, LT Fernandez cuffed one of plaintiffs wrist then stated stand and cuff behind the back, plaintiff stated he could not due to the fact he was unable to stand due to injuries, which all staff members have knowledge of especially when feeding or bringing legal material to the plaintiff. All staff in attendance observed the plaintiff crawl or scoot on his buttocks towards the tray slot. LT Fernandez also witnessed the scooting and crawling prior to his directives to stand. LT Fernandez then pulled his mace from his holster placing the mace directly in the plaintiffs face stating stand up and cuff up. Plaintiff indicated he has cuffed in the front each time he has had to since the 8/21/18 assault by staff impairing the plaintiffs ability to walk. The plaintiff also stated to LT Fernandez that holding the plaintiffs wrist in one cuff while you hold the other cuff placing mace in the plaintiffs face intentionally resulting to a willful use of excessive force upon a handicap man is definitely Cruel and Unusual Punishment

LT Fernandez then removes the cuff after he puts the mace away. Plaintiff removed his arm from the tray slot as LT Fernandez closed it. C.O. Moreno then stated from what medical told us was the reason you cant walk is due to shooting yourself and that you have webbed toe's a hammer toe, and they wont provide you surgery. C.O. Moreno also states you have no records to prove you are injured. Ha Ha whatever we say the courts will believe. The plaintiff then states to C.O. Moreno was he intending to defimate the plaintiff character in the Unit hoping to cause confusion with plaintiff and others. Plaintiff also expressed his false statement and negligence exposing plaintiff's medical treatment/condition to all offenders inside Unit 8D is a violation of Hippa. LT Fernandez then came back cuffing the plaintiff in the front with no issue. Once the door opened the plaintiff attempted to scoot out as staff grabbed plaintiff lifting Plaintiff stating walk. Knowingly and intentionally trying to force the plaintiff to complete a task medically impossible to accomplish. Sgt Crowder and Moreno and 2 other C.O.'s were the individuals carrying the plaintiff, yet all staff members holding the plaintiff slammed the plaintiff using force when the plaintiff did nothing wrong, as staff have full knowledge of plaintiffs condition and continue to use harsh force in hopes to make the plaintiff make the plaintiff walk as staff have full knowledge of plaintiffs injuries to his back, leg and feet. Staff then states get up and walk, yet due to DOC staff members being afraid of being sued for the 8/21/18 incident inflicting injuries to plaintiff deeming staff liable. The plaintiff state he is injure and will most definetly sue staff for the 8/21/18 and 9/9/18 incident Sgt Crowder laughed stating youre stupe noone will believe you. Staff then placed plaintiff in a restraint chair then placed a spit mask over plaintiff's face when plaintiff did nothing wrong but express DOC's corruption which is protected speech staff then transp -ed the plaintiff on the elevator to Unit 6 strip out designation. LT Wingert was told by the plaintiff that his rights are being violated which is cruel and unusual punishment. LT Wingert state are you sure, because this is my prison and we dont have amendments. Sgt Taylor then told the plaintiff once the plaintiff reque the incident be recorded, Taylor stated staff will assault the plaintiff without a camera justas the plaintiff assaulted his alleged victim in plaintiff's criminal case. Plaintiff state he has done no such thing and is being retaliated against due to several different factors yet arriving inside Unit 6 strip out designation Moreno and Overturf tried to take plaintiffs shirt off while the plaintiff wore universal restraints as the plaintiff hands was cuffed at his side stating if the shirt dont come over your head were cutting it. Overturf then intent -ally cut the shirt and stripped the plaintiff of his pants, underwear and socks, before remaining universal restrain C.O. Moreno state since you cant walk lets push your injured hammer toe further as the plaintiff yelled, agony. Sgt Overturf began stating you fuckin stinky dirty bastard, we will continue to deprive you of showers as he slamms the plaintiff head to the concrete causing a concussion plaintiff woke up and did not know where he was, but was in severe pain regarding head, feet back and neck. The plaintiff then called to the door as he regained conciousness. Plaintiff then called for a medical emergency in which Sgt Crowder and LT Fernandez arrived laughing and smiling at the plaintiff. Plaintiff then state staff is knowingly and intentionally retaliating against me for protected speech and expression due to plaintiff petitioning the government for redress of grievances placing false charges on the plaintiff which is furthermore retaliation that deem staff liable in a civil action inflicting further pain and injury to untreated injuries with the sadistic and malicous attempt to cause great bodily injury. LT Fernandez and Sgt Crowder's faces were astounded and afraid walking away. The plaintiff then had to urinate requesting toilet paper because the plaintiff did not want to sit on the toilet

are, yet staff ignored the plaintiffs request causing plaintiff to urinate on the floor ⊗ times. At approximately 7 p.m. Captain Wingstrom and Sgt Hartman asked the plaintiff would he comply with strip out the plaintiff response was yes. Sgt Hartman and Wingstrom stated stand, the plaintiff stated staff knows he cant stand due to obvious injuries to plaintiffs feet inabling the plaintiff to stand, also as the plaintiff stated he is injured, unable to complete that task but he will still strip out even though the plaintiff was already naked. The plaintiff then expose rectal area lifted and seperated groin, yet both Captain and Sgt Stated "No" you will stay in this cell until you can walk as staff walked away. C.O. Reedy watched the corruption not wanting to be involved. Plaintiff requested to see a Nurse, finally was seen as Sgt Hartman provided plaintiff with underwear to conduct the assessment by the Nurse at approximately 4am. Nurse Mitchell stated she does no see any injuries when plaintiffs right foot was swollen and left foot toe nail gone toe was black. Captain Wingstrom and Sgt Hartman arrived at approximately 5:40 am stating they would allow the plaintiff to strip out as the plaintiff is unable to stand. The plaintiff stated he complied through out 9pm - 5:40 am 's plaintiff instructed staff that he could not stand, yet now at 5:40 am staff will allow the plaintiff to strip out without standing, after plaintiff have been tortured stripped of his clothing, held in a cold cell unable to sleep, denied toilet paper to use the bathroom causing the Plaintiff to use the bathroom on the floor is cruel and unusual punishment, knowingly subjecting the plaintiff to cruel conditions of confinement intending to cover the initial reason why plaintiff is injured which was inflicted on 8/21/18 excessive use of force by LT Ouilin and Sgt Noece. Captain Wingstrom and Sgt Hartman then carried plaintiff to the restraint chair, transporting plaintiff to Unit 5, once arriving in Unit 5 they carried the plaintiff inside of his cell, setting him on the floor.

- From October 2017 - current date Corey Ward, Nicole Wilson and May Rider have deprived plaintiff of care to jaw, back, leg, neck, head and etc. yet staff at CSP have stated the plaintiff is in fact injured such as Dr. Richard Hodge on 2/23/2019 referring the plaintiff to the territorial facility for physical therapy as he stated he has been approved to allow the plaintiff treatment so that the plaintiff may walk normally.

8th Amendment Violation Cruel And Unusual Punishment

Defendants: Deputy Border, Ronk, Palm, Nurse Maria Nevarez, J.schmidt, Barksdale, Uribe, and Netzenberger Knowingly acted with the state of mind required to establish the Eight Amendment violation (Cruel and Unusual Punishment) when:

★ Deputy Border on 4/23/2019 inflicted serious significant injuries to plaintiffs lower jaw applying unnecessary use of force with the malicious and sadistic intent to cause bodily injury, heaving plaintiff face into a metal counter top inflicting pain and injury to untreated fractured jaw causing a crack to plaintiffs concavement of jaw also loosening of teeth.

• Deputy Ronk on 6/29/2019 knowingly and intentionally advised the plaintiff of his prior assault of use of excessive force intending to humiliate the plaintiff expressing explicitly and vividly that he dragged the plaintiff outside of the unit due to medical staff depriving the plaintiff of adequate mobility Ronks statement was intended to dismantle the plaintiffs self esteem subjecting the plaintiff to verbal abuse as the plaintiff relived the horror of Ronks assault to the handicap plaintiff who was unable to walk from year 2015-2016

Deputy Palm on 6/29/2019 knowingly and intentionally advised the plaintiff of his prior assault of use of excessive force to a handicap man intending to humiliate the plaintiff expressing explicitly and vividly that he maliciously and sadistically slammed the plaintiff face into the toilet inflicting pain and injury to plaintiffs jaw within the year of 2016

Deputy Palm and Nurse Nevarez on 7/8/2019 knowingly and intentionally violated policy depriving plaintiff adequate medical care with the intent to disregard the basic need of safety and medical care which are the basic necessities of prison confinement causing physical, emotional/mental injury to plaintiff upon Deputy Palms use of excessive force were force was not needed yet Nurse Maria Nevarez neglectful behavior was indeed harmful to plaintiffs health at that present moment and future existence of plaintiffs life and daily living. Deputy Palm none-the-less upheld sanctions in retaliation placing the plaintiff in segregation due to plaintiffs request of medical care acting with the punitive motive to punish the plaintiff.

• Deputy Schmidt on 7/17/2017 knowingly and intentionally deprived plaintiff of health care to a severe injury of the plaintiffs right foot. Plaintiff expressed pain and injury within the circumstances of walking on the injury, advising the Deputy that the plaintiff is in excruciating pain and would be unable to walk while being detained behind the back stating the Plaintiff would need assistance from medical. Deputy J. Schmidt stated "No" upon plaintiffs request for a medical emergency forcing the plaintiff to walk in agony subjecting Plaintiff to Cruel conditions. Staff gave the plaintiff a wheelchair as mobility once at court and upon arrival back to the county jail, yet was denied any further mobility appliances nor medical treatment.

• Deputy Barksdale on 7/19/2017 knowingly and intentionally advised the plaintiff of El Paso County's medical staff prior illicit actions of deprival of treatment causing the plaintiff to scoot on his buttocks in 2015-2016, also indicating what will make the plaintiff believe he will be treated for the current injury. Barksdale remarks were humiliating, were health care is a standard of decency, inflicting damages of emotional distress amongst the fact Barksdale exposes the plaintiffs medical history to inmates.

• Deputy Uribe on 7/25/2017 knowingly and intentionally shuts the door on plaintiffs right foot with the intent to cause great bodily injury to plaintiffs health causing Plaintiffs right foot to bleed, the plaintiff expressed the severity of the circumstances were as Deputy Uribe ignored all signs of plaintiffs request of medical emergency, as the Plaintiff was injured and left untreated.

• Deputy Holzenberger on 7/25/2017 knowingly and intentionally disregarded the severity of plaintiffs injury depriving Plaintiff the basic necessities of prison confinement which is medical care when plaintiff announced a medical emergency. Deputy Holzenberger actions of deprival caused major depression due to the exposure of staffs negligence.

• Deputy Uribe on 7/26/2017 knowingly and intentionally stated "so" to the plaintiffs injuries caused by prior incidents and Uribes actions, yet when plaintiff approached the topic of Deputy Uribes malicious and sadistic behavior, Uribe observed signs of injury questioning plaintiff asking is the plaintiff in need of medical attention depriving / neglecting to call medical leaving the plaintiff injured physically, emotionally, and mentally even after the

the plaintiff stated yes he does need medical treatment.

• Plaintiff Jabari Johnson was subjected to difficult circumstances regarding ElPaso County's staff subjecting the plaintiff to cruel conditions of confinement depriving the plaintiff the basic need of safety amungst the basic necessities of confinement. The plaintiff was subjected to several assaults by multiple different government officials with the malicious and sadistic intent to cause great bodily injury to plaintiffs life and daily living. The Plaintiff was also subjected to injuries, yet plaintiff has suffered debilitating physical and emotional injuries that continue as Dr. Laura Allen and Dr. Robert L Holden's report's state the plaintiff needs urgent treatment to jaw, as well as Laura Allen stating the plaintiff needs a post op shoe until he retrieves surgery to right foot. More so the plaintiff was deprived of medical assistance from the date of 4/23/2017 - 8/30/2017 by the medical staff of ElPaso County. Currently the Plaintiff is in need of surgery to right foot and right lower jaw in which Plaintiff sustained by staff use of force. Nonetheless the precise extent of plaintiffs injuries and the nature of permanent damage are difficult to ascertain, due to ongoing treatment the plaintiff requires therefore plaintiff request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief.

Equal Protection Clause 14th Amendment Violation

On 9/19/2017 sgt Press knowingly and intentionally indicated that the plaintiff is being treated poor due to plaintiff writing grievances regarding medical care and attempting to practice his religion, in which is the reason the plaintiff could not contact Danielle Walther. Presse's statement violates the Equal Protection clause as government officials cannot treat you poor or discriminate against you because of your religion, as Press ruled to act to his knowledge of retaliation of plaintiffs attempt to practice Islam. On 9/24/2017 chaplain Jane Doe Love discriminated against the plaintiff requesting the plaintiff cave service due to being of the Islam religion in which violates the 14th Amendment ual Protection Clause as government official cannot treat you poor or discriminate against you because of your religion.

• On 9/25/2019 Juan Barnes knowingly and intentionally stated the plaintiff will suffer sanctions of restrictive housing for facility disruption because of plaintiffs religion violating the 14th Amendment Equal Protection Clause as government officials cannot treat you poor or discriminate against you because of your religion.

• On 10/2/2017 Gerardo Wence knowingly and intentionally stated he would send another inmate to assault the plaintiff if the plaintiff continued to pursue practicing Islam were as the plaintiff had to defend himself due to Gerardo Wence illicit behavior violating the 14th Amendment Equal Protection Clause as it is a violation to discriminate also retaliate against the plaintiff for pursuing his religion and also petitioning the government for redress of grievances.

• On 10/9/2017 Nurse Samssi Risikat knowingly and intentionally stated that the plaintiff is not recieving his medical boot back because it was used as a weapon intending to lie, in order to justify depriving care. Risikat then stated should have never caused problems medically and religiously when plaintiff indicated he's being retaliated against for requesting Islam. Risikats behavior exhibited by her ill will evil intent violates The Equal Protection Clause as it is a violation to discriminate and also retaliate against the plaintiff for pursuing his religion.

• On 10/15/2017 Nurse Michelle Barry knowingly and intentionally stated dont cause any problems about religion when recieving your medical boot or staff will put you back in the hole and take your boot as Michelle Barry exposes her knowledge once more of staff retaliation, due to plaintiffs religion as government officials cannot treat you poor because of your religion.

• On 10/17/2017 - 2/5/2018 Plaintiff requested that Sterling produce Evidence of victim head of Danielle Faulkner staff was not able as the plaintiffs block of contact with his fianceé was due to retaliation, where as Matthew Barnes stated fuck you nigger you are lucky I would keep you blocked, continuisly intending to sue over that stupid Islam religion. Further stating Warden Clansen called you a nigger mauslim and we dont like those, Plaintiff Jabari Johnson none-the-less was taken off of restriction on 12/6/2017 due to her

means she never had to write a letter as Matthew Hansen retaliated restricting phone, mail and visitation with ill will due to the plaintiff intending to sue over his religion. Staff matthew Hansen retaliated along with Matthew Barnes knowingly and intentionally discriminating against the plaintiff depriving contact with his fiancée because of his religion violating the 14th Amendment Equal Protection Clause, as government officials cannot treat you poor because of your race or religion, causing the plaintiff to suffer emotional and mental anguish.

8th Amendment Violation Cruel And Unusual Punishment

• On 9/7/2017 C.O. Penali and Kelly knowingly and intentionally intended to humiliate the plaintiff laughing stating that the plaintiff could not walk, and it was because the plaintiff was shot, demeaning the plaintiff intending to expose the plaintiffs records to immediate offenders, as the plaintiff limped while injured towards the shower in pain due to injury to right foot. Yet Kelly and Penali both violated the 8th Amendment Cruel and Unusual Punishment intending to humiliate and demean the plaintiff regarding plaintiffs injury causing mental and emotional anguish.

• On 9/8/2017 Joe Clark knowingly and intentionally intended to humiliate the plaintiff making allegations of plaintiffs injurys of what took place, spreading rumors to both Sgt Chavez and Sgt Howard who allowed the illicit behavior to continue further humiliating the plaintiff as the comments and laughter was in the earshot of offenders as Howard and Chavez knowingly and intentionally aided Clark allowing the behavior to continue as Chavez and Howard violated the 8th Amendment Cruel And Unusual Punishment intending to humiliate and demean the plaintiff regarding plaintiffs injury causing mental and emotional anguish.

On 9/18/2017 X-ray Tech Joe clark intended to knowingly and intentionally lie to the plaintiff stating the Dr. said your jaw is banged up pretty nice as x-rays show plaintiffs misalignment which can only be caused by a fracture as clark failed to act to plaintiffs urgent need of treatment by Dr. Robert Holdens orders violating the 8th Amendment Cruel and Unusual Punishment depriving the plaintiff of the basic necessities of prison confinement which is medical/dental care

- On 9/23/2017 ~~████████████████~~ Beechely Knowingly and intentionally allowed Nurse Curtis Murphy to push Plaintiff Jabari Johnson inside of his office as the plaintiff stated he did not wish to speak to Murphy. Beechely allowed Murphy to cause pain to plaintiffs right foot, failing to act to Murphy's evil intent violating the 8th Amendment's basic necessities of prison confindment which are safety as Murphy inflicted further pain and injury to plaintiffs right foot.

- On 9/23/2017 Nurse Curtis Murphy Knowingly and intentionally pushed Plaintiff Jabari John with the sadistic and malicious intent to cause great bodily injury with the evil intent to cause further pain to plaintiffs right foot violating the 8th Amendment's basic necessities of prison confindment which are medical and safety using excessive force were force was not needed.

- On 10/6/2017 Nurse Sanusi Knowingly and intentionally stated DRDC doesn't like you as the plaintiff asked Sanusi how could he recieve a blood stained shirt back but not be given his medical appliance back. Sanusi's statement deprived Plainti Jabari Johnson of the basic necessities of prison confindment which is medical care violating the 8th Amendment, as the plaintiff was in pain unable to complete his task within his daily living due to Sanusi's knowledge and evil intent to neglect and deprive the plainti of his medical boot.

- On 10/9/2017 C.O. Kraiston Knowingly and intentionally con-taminated plaintiffs food stating he laced it with fieces causing the plaintiff to not eat the meal, which violate the basic necessity of prison confinement which is food further violating the 8th Amendment Cruel and unusual punishment.

- On 10/9/2017 Nurse Sanusi Knowingly and intentionally stated that the plaintiff is no recieving his medical boot back because it was used as a weapon intending to commi fraud in order to deprive plaintiff of care regarding medical boot which is to assist plaintiff on daily activities of daily living, which violates the 8th Amendment Cruel And Unusual Punishment as Sanusi further more states that the plaintiff should have never caused problems medically and religiously when plaintiff stated he is being retaliated against for requesting Islam

• On 10/11/2017 PA Allen did not allow Plaintiff Jabari Johnson to obtain his medical boot while in Restrictive Housing stating thiers no means for it. Plaintiff Jabari Johnson Kited Allen and filed grievances regarding pain without having access to his medical boot, also notified several nurses of the circumstances, yet Allen was incompetent failing to provide appliance to relieve pain as it was intended for, also failing to provide adequate medical appliance to further help plaintiff in his daily activities of shower and walking around room as PA Allen knowingly and intentionally violated the 8th Amendment Cruel And Unusual Punishment depriving the basic necessities of prison confindment, in order to maintain the plaintiff's life and daily living.

• On 10/12/2017 Nurse Curtis Murphy deprived plaintiff of care to the plaintiffs right foot regarding the plaintiffs request for his medical boot, due to the plaintiff indicating he beat up Stetson Bustos, in retaliation Curtis states thats why youre not getting the boot back intending to humiliate the plaintiff calling the plaintiff a nigger muslim creating emotional and mental anguish, demeaning the plaintiff refusing to grant appliance of a medical boot to assist with plaintiff's daily activities in which violate the 8th Amendment Cruel And Unusal Punishment.

• On 10/13/2017 Brian Scott knowingly and intentionally allowed the plaintiff to suffer on numerous occassions, from dates 9/30/2017- 10/13/2017 stating he saw the video of plaintiffs fight and the only reason the plaintiff is recieving his medical boot back is because the plaintiff float like a butter-fly and sting like a bee which violate the 8th Amendment, were as staff allowed the plaintiff to be subjected to cruel conditions failing to act to Plaintiffs need of his medical boot for daily living, also failed to provide safety as Scott knew of the occurances which provoked the 9/30/2017 fight by Everardo Wence, as the plaintiffs Knuckle was injured due to negligence failing to provide safety.

• On 10/14/2017 C.O. Regge had full knowledge of Everardo Wences attempt to harm the plaintiff, yet failed to act to plaintiffs need for safety violating the 8th Amendment basic necessities of prison confindment which is safety.

• On 10/15/2017 Gerardo Wence intended to humiliate plaintiff in hopes to have the plaintiff assaulted again violating 8th Amendment which is solely causing emotional and mental anguish.

1st Amendment Violation - Establishment Clause

• On 9/25/2017 Juan Barnes knowingly and intentionally intended to encourage the plaintiff Jabari Jonson to read the bible because the Quran is the same stating that either the plaintiff read the bible or go to the hole for facility disruption violating the 1st Amendment Establishment clause, as government officials cannot encourage people to be religious or choose one religion over another.

• On 9/26/2017 Officer John Doe knowingly and intentionally stated since the plaintiff could not access a Quran as Sgt Barnes stated the plaintiff should just read the bible they are the same any way. Officer John Doe violated the 1st Amendment Establishment Clause as government officials cannot encourage people to be religious or choose one religion over another as CDOC, (DRDC) places christianity over Islam refusing Juma Service

• On 10/2/2017 Gerardo Wence knowingly and intentionally allowed staff to violate the 1st Amendment Establishment Clause as the plaintiff is free from government restrictions based on content and subject, yet Gerardo Wence knowingly and intentionally aided the deprival of religion failing to act to the deprival of restricting Juma services allowing christianity church services.

1st Amendment Violation - Free Excercise Clause

• On 9/16/2017 Based on content and subject chaplain John Doe knowingly and intentionally stated the Denver Regional Diagnostic Center does not have those kind of books referring to a Quran, indicating the muslim religion is prohibited from the Denver Regional Diagnostic Center, were as Jane Doe Love indicated on 9/24/2017 that DRDC does not practice Islam because it is of the Devil. Further more Sgt Juan Barnes indicated on 9/25/2017 we dont do Islam at DRDC, as Gerardo Wence states DRDC does not practice Islam None-the-less Chaplain John Doe remark in fact violates The First Amendment Free Excercise Clause, as it is

an entire facility DRDC does not have a Quran which deprives the plaintiff the right to express information ideas and opinions free of government restrictions based on content and subject.

• On 9/24/2017 based on content and subject chaplain Jane Doe Love knowingly and intentionally stated during Christian Church services that Islam is something that is not practiced at DRDC because it is of the devil. Furthermore, stating she "guess so", when the plaintiff asked are you depriving me of my religion, chaplain Jane Doe Love's statement violate the 1st Amendment Free Exercise clause. as it is within the plaintiff's right to religion, were as the only religion displayed at DRDC is christian church services, which deprives the plaintiff of the right to express information ideas and opinions free of government restrictions based on content and subject.

• On 9/25/2017 Sgt Juan Barnes knowingly and intentionally stated DRDC does not practice Islam violating the First Amendment Free Exercise Clause, as the plaintiff is free to practice his religion free from government restrictions based on content and subject. Barnes knowingly and intentionally aided the deprival of the Muslim religion failing to act to the deprival of restricting Jumma services allowing christian Church Services.

• On 9/26/2017 officer John Doe knowingly and intentionally stated yes he is forcing Christianity upon the plaintiff as the plaintiff states he does not believe Jesus is God depriving the plaintiff of his First Amendment Right Free Exercise Clause were as the plaintiff has the freedom to practice his religion free from government restriction.

• On 10/2/2017 Crevado Wence knowingly and intentionally made a statement indicating " we dont do Islam at DRDC violating The First Amendment Free Exercise Clause as the plaintiff is free to practice his religion free from governmental restrictions based on content and subject. Wence knowingly and intentionally aided the deprival of religion failing to act to the deprival of restricting Jumma services allowing christian Services.

8th Amendment Violation - Deliberate Indifference

• On 9/23/2017 Sgt Beechely knowingly and intentionally allowed Curtis Murphy to push plaintiff Jabari Johnson inside of his office as Sgt Beechely failed to act to the risk of applying force maliciously and sadistically with the intent to cause further harm, in which violates the 8th Amendment - Deliberate Indifference, as Beechely knew of the risk doing nothing to stop Curtis's illicit action creating further pain and injury.

• On 9/23/2017 Nurse Curtis Murphy knowingly and intentionally pushed plaintiff Jabari Johnson while the plaintiff occupied his medical boot causing pain to plaintiffs right foot with the malicious and sadistic intent to cause further pain and injury as Curtis knew the risk of his illicit actions of Inflicting pain further injuring the plaintiff's right foot violates the 8th Amendment Deliberate Indifference.

• On 10/3/2017 Nurse Michelle Barry knowingly and intentionally neglected plaintiff depriving the plaintiff of his medical boot as the plaintiff indicated he is in further pain without it Nurse Barry knew of the risk failing to act stating her hands are tied Violating the 8th Amendment Deliberate Indifference.

• On 10/4/2017 Dr. Laura Allen deprived the plaintiff of his medical boot given to complete daily activities yet Laura Allen stated the plaintiff do not need his medical boot in RH. Plaintiff kited and Grieved Allen on numerous occassions as she failed to act to plaintiffs pain or need for plaintiffs boot knowing of the risk of further pain without the medical boot refusing to grant plaintiff his medical accommodation he was supposed to have to complete daily activites which violates the 8th Amendment Deliberate Indifference.

• On 10/12/2017 Plaintiff Jabari Johnson limped to his disciplinary hearing as the plaintiff told scott speaks of the pain and risk of having to walk without his boot while suffering in pain. Speaks state investigator have it failing. to act to plaintiffs pain, failing to notify medical of the circumstance's, as speak knew plaintiffs medical boot had nothing to do with plaintiffs 9/30/2017 fight, as the plaintiff suffered in pain and risk of not having the medical boot deems speaks liable violating the 8th Amendment Deliberate Indifference.

- On 10/14/2017 C.O. Rugge knew of the risk to plaintiffs health and safety failing to act, violating the 8th Amendment Deliberate Indifference.
- On 10/16/2017 Captain Joe Fisher knowingly and intentionally stated his envolvement in the fight from 9/30/2017, as Fisher knew of Wence's illicit actions failing to act aiding Wence, betting that the plaintiff would lose, failing to act to plaintiff health and safety as the plaintiff's Knuckle was injured and medical but taken, as Fisher had knowlege of, but failed to act deeming Fisher liable under the 8th Amendment violation - Deliberate Indifference.

1st Amendment Violation Retaliation For speech

- On 9/19/2017 Cgt Press knowingly and intentionally stated his envolvement indicating the plaintiff is being treated poor and other wise would not be if the plaintiff would have never filed grievances causing disruption with medical/ religion and your phone would not be off. Press failed to act asto allowed the plaintiff to be mistreated due to petitioning the government for redress of grievance
- Plaintiff Jabari Johnson was subjected to continual wrong by Defendants who knowingly and intentionally violated Amendments one, 14th, and 8th regarding claims of Cruel and Unusual Punishment, Equal Protection, Establishment Clause Deliberate indifference, Free Excercise Clause, and Retaliation For speech, were as the Plaintiff was deprived of Juma service as staff into reading the bible refusing religious material regarding the Quran in order to further plaintiffs structural beliefs. The plaintiff was told that those kind of books are not at DRDC intending to alter plaintiffs faith creating a substantial burden intending to ship the plaintiff of his muslim beliefs deeming the Islam religion to be of the Devil, upholding Christian Church service as being viewed to be pure creating substantial pressure violating the plaintiffs loyalty to the plaintiffs beliefs, allowing christian services but depriving the plaintiff of Juma Services every friday at 1 p.m., yet due to the Defendants continual malicious illicit actions the plaintiff suffers emotional and mental injury due to seeking Islam material along with being deprived

of attending Muslim services from dates 9/16/2017 - 10/17,2017 violating the plaintiff's constitutional rights. Staff also attempted to have prisoner Stetson Bustos assualt the plaintiff, yet the plaintiff injured his knuckle on Bustos face due to the plaintiff request muslim services from DOC, furthermore the plaintiff was sent to segregation as staff retailated against the plaintiff withholding the plaintiff's medical boot causing further pain and injury to plaintiffs right foot. Plaintiff's medical boot was taken from dates 9/30/2017-10/15/2017 as the plaintiff was made to walk on injuries to shower and around cell. The Plaintiff was also a medium custody inmate classified as max in rehiliation by DOC as the plaintiff had 13 points, There fore due to the immense irreparable hardships that have placed the plaintiff's life in imminent danger - to current date the plaint request as listed a sum of money damages regarding defendants punitive and compensator claims of relief.

<u>8th Amendment Violation- Cruel And Unusual Punishment</u>

Defendants: Ravina Thompson and Rodriguez Knowingly acted with the state of mind required to establish an 8th Amendment Violation Cruel And Unusal Punishment when

• on 1/5/2018 Dr. Ravina Thompson and Rodriguez Knowingly and intentionally deprived plaintiff of pulling wisdom teeth unless it's infected violates the 8th Amendment Cruel And Unusual Punishment

• on 1/5/2018 Dr Ravina Thompson and Rodriguez knowingly and intentionally deprived the plaintiff of care regarding wisdom teeth stating the plaintiff had to either pick jaw misalignment or wisdom teeth

• on 1/5/2018 Dr. Ravina Thompson Knowingly and intentionally deprived the plaintiff of care when Dr. Ravina Thompson saw plaintiffs misalignment indicating she could do nothing but place the plaintiff on a soft diet.

• On 1/5/2018 Dr. Ravina Thompson Knowingly and intentionally deprived/neglected plaintiff of care when Dr. Ravina Thompson failed to set up an oral consultation by an oral surgeon to observe plaintiffs jaw misalignment, stating the only way to an oral surgeon is to lose wieght.

• On 1/5/2018 Dr. Ravina Thompson Knowingly and intentionally deprived/neglected the plaintiffs injury as Dr Ravina Thompson was shown Dr. Holden, Dr. Laura Allen and Dr. Lamb's reports, as Dr. Ravina Thompson states "that doesn't matter refusing the plaintiff of an orthodontist referral.

• Plaintiff Jabari Johnson suffers from continual pain, personal humiliation, mental anguish, loss of liberty and quality of an individual life as DOC dental staff intends to punish the plaintiff for seeking treatment, causing the plaintiff to suffer in pain from 1/5/2018 to current date. At this present moment plaintiff Jabari Johnson's jaw is not being treated by dental staff neglecting to administer pain medications,oral consult, therefore the plaintiff request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief.

<u>8th Amendment Violation- Cruel And Unusual Punishment</u>

Defendants: C.O. Giles, C.O. Tonchie, Captain Scott, C.O. Carpenter, C.O. Booth and Nurse Victoria Ballens Knowingly acted with the state on mind required to establish the 8th Amendment Violation Cruel and unusual Punishment when:

• On 2/13/2018 C.O. Giles and Tonchie Knowingly and intentionally refused the Plaintiff of his request for a medical emergency, sadistically and maliciously dragging the plaintiff while cuffed detained behind the back and shackled at the ankles while on camera as the plaintiff apposed no threat

• On 2/13/2018 C.O. Giles and Tonchie Knowingly and intentionally with the sadistic and malicious intent to cause great bodily injury, slamming the plaintiff to the wall the plaintiff is detained at the ankles and behind the back apposing no threat were a staff injures plaintiff's shoulder causing bruising due to plaintiff indicating staff is acting corruptly on camera.

• On 2/13/2018 C.O. Giles and Tonchie Knowingly and intentionally with the sadistic and malicious intent to cause great bodily injury slammed the plaintiff on his untreated fractured jaw, loosening teeth, as the plaintiff apposed no threat, due to plaintiff expressing to staff that their illicit actions were still on camera as they unlawfully assault the plaintiff.

on 2/13/2018 captain scott Knowingly and intentionally allowed the use of excessive force by staff, stating no one will help the plaintiff and if the plaintiff does not recive legal assistance the legal aid will not be effective.

on 2/13/2018 C.O. Tonchie Knowingly and intentionally intended to cause great bodily injury, applying severe pressure to plaintiff's untreated fractured jaw, causing swelling to plaintiff's jaw due to plaintiff engaging in protected speech upheld by the First Amendment

on 2/13/2018 Nurse Victoria Ballens Knowingly and intentionally refused the plaintiff of treatment walking away without assessing Plaintiff's injuries.

on 2/13/2018 C.O. Carpenter Knowingly and intentionally deprived the plaintiff of medical treatment stating Plaintiff should have shut his mouth which will not allow Plaintiff medical treatment, yet free speech is protected by The First Amendment

• On 2/13/2018 C.O. Booth knowingly and intentionally disregarded the plaintiffs continual need for care and refused to call medical, even when the plaintiff expressed to C.O. Booth that Carpenter and other staff members were depriving the plaintiff of medical treatment. C.O. violated the Eighth Amendment in the purest form sarcastically stating "oh well life sucks, don't it."

• Plaintiff Jabari Johnson was subjected to difficult circumstances, subjecting the plaintiff to cruel conditions of confinement depriving the plaintiff of the basic human need of safety and medical care. The plaintiff was subjected to assault due to retaliation with the malicious and sadistic intent to cause great bodily injury, as DOC staff caused physical, mental and emotional injuries that continue to current date. Currently the plaintiff Jabari Johnson is in need of further treatment to right foot and lower right jaw due to the further injuries inflicted by staff. Medical has neglected treatment for as long as as 10/18/2017, yet Victoria Dallas on 2/13/18 refused treatment as the plaintiff have suffered in pain from injuries to current date, none-the-less the precise extent of plaintiffs injuries and the nature of any permanent damage are difficult to ascertain due to continual treatment that the plaintiff requires, therefore plaintiff request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief

8th Amendment Violation Cruel And Unusual Punishment

Defendant Dr Vargas knowingly acted with the state of mind required to establish the 8th Amendment Violation (cruel and unusual Punishment) when.

• On 3/14/2018 Dr. Vargas acted with ill will due to plaintiff stating that his intent was to sue due to the medical staffs intentions to refuse treatment knowingly and intentionally, as the plaintiff produced evidence causing Dr. Vargas to deny an oral surgeon consult by a specialist orthodontist who would properly examine plaintiffs injury providing adequate pain medication Vargas deprived from 3/14/2018 - 6/18/2018.

• Plaintiff Jabari Johnson suffers from continual pain and have not been treated since 3/14/2018 therefore plaintiff request as listed a sum of money damages regarding

defendants punitive and compensatory claims of relief.

1st Amendment Violation Retaliation For Speech

Defendants: C.O. Bustamante, Sgt Miller, Sgt Mason cup, and C.O. Karin acted with the state of mind required to establish the First Amendment Violation Retaliation for speech when:

• on 4/10/2018 C.O. Bustamante knowingly and intentionally retaliated against the plaintiff refusing the plaintiff of his meal depriving the plaintiff of food the basic necessities of prison confindment detaining the plaintiff as the plaintiff opposed no threat, requesting that C.O. Bustamante refrain from verbal abuse.

• on 4/10/2018 Sgt Miller knowingly and intentionally retaliated against the plaintiff refusing the plaintiff of his meal depriving the plaintiff of food the basic necessities of prison confindment, even once the plaintiff was enclosed behind the door.

• On 4/10/2018 Sgt Mason cup and Karin knowingly and intentionally allowed Sgt Miller to refuse the plaintiff of food due to protected speech as the plaintiff was locked inside of his cell opposing no threat, as not feeding the plaintiff serves for no penological or safety and security purpose as Sgt Mason cup and Karin failed to act allowing Sgt Miller to retaliate against the plaintiff for protected speech.

Plaintiff Jabari Johnson suffered dizziness & a headache due to the defendants negligence, were as at this present time the plaintiff requires mental health treatment therapy from the consistant illict actions by DOC regarding the deprivation of food which have caused intentional infliction of emotional distress of major depression impeding on plaintiffs life and daily living from 4/10/2018- current date, therefore plaintiff Jabari Johnson request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief.

8th Amendment Violation- Cruel And Unusual Punishment

Defendants: Nurse Kayla Fritz, LT Torrez, LT wango, Sgt Paccione, C.O. Lewis and C.O Tehault acted with the state of mind required to establish the Eighth Amendment Violation Cruel And Unusual Punishment when:

• Plaintiff Jabari Johnson was subjected to injuries to his right lower jaw and right foot on 4/17/2018 due to negligent supervision by Sgt Paccione applying use of excessive force were force was not needed, instructing C.O. Tehault and C.O. Lewis to inflict imminent danger upon all offenders with the sadistic and malicious attempt to inflict intentional emotional distress amongst great bodily injury staff's conduct was outrageous depriving all offenders of the basic human need of safety within prison confindment. offenders beyond a reasonable doubt were locking down without exhibiting threatening behavior, yet staffs actions were illicit unjustified resulting in emotional/physical pain and injury to plaintiff. Plaintiff was also subjected to sanctions of being locked down and refused of visits when the plaintiff committed no violation while in severe pain due to injuries that were left untreated in light of Sgt Paccione, C.O. Tehault, and C.O. Lewis unlawful behavior.

• On 4/17/2018 Nurse Kayla Fritz Knowingly and intentionally denied plaintiff of care with the intent to cover staff's illicit unconstitutional assault inflicting pain and injury using force where force was not needed.

• On 5/9/2018 LT Torrez Knowingly and intentionally stated staff used excessive force due to being tired of constant lock down issue's where people would lay everyday. LT Torrez statement does not justify use of excessive force where force was not needed. LT Torrez failed to act to the abuse of staff's discretion deeming LT Torrez liable along with LT wango who failed to act as he over heard the corruption failing to act, as they both had full knowledge of the illicit occurance which took place on 4/17/2018

• Plaintiff Jabari Johnson have suffered injury's and pain to right foot and jaw difficult to ascertain causing the plaintiff a need additional medical care from 4/17/2018 - current date there-fore plaintiff request a listed sum of money damages regarding defendants punitive and

compensatory claims of relief

8th Amendment Violation Cruel And Unusual Punishment

Defendants: Sgt Reyna, Sgt wargo, and C.O. Korin Knowingly acted with the state of mind requir to establish the 8th Amendment Violation Cruel And Unusual Punishment when:

• on 5/3/2018 Sgt Reyna shackled Plaintiff applying pressure to right injury to untreated foot using excessive force which was not needed with the intent to cause/inflict bodily harm due to protected speech.

• On 5/3/2018 Sgt Reyna, Sgt wargo, and C.O. Korin maliciously and sadistically slammed the plaintiff from the staircase with the intent to inflict pain and injury to the plaintiff as the plaintiff opposed no threat, yet was slammed on his untreated fractured jaw due to protected speech.

' On 5/3/2018 Sgt wargo was advised to refrain from excessive use of force due to knowledge of plaintiff's injury to right foot, yet C.O wargo continued in pursuit of inflicting an abundance of immense pain regarding plaintiff's injury stating the plaintiff should have never been running his mouth obviously violating Both the 8th and 1st Amendment.

' Plaintiff Jabari Johnson was subjected to cruel conditions of confinement disregarding the basic human need of safety were as staff used retaliatory factors applying unnecessary force with the malicious intent to cause bodily injury were force was not needed. None-the-less due to the willful wanton infliction of pain and injury by staff the plaintiff suffers from major depression/anxiety regarding the intentional infliction of emotional distress. The plaintiff also suffers from physical injuries sustained by staff's misconduct to right lower jaw and right foot which require further treatment that the plaintiff have not recieved from 5/3/2018- current date therefore the plaintiff request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief.

8th Amendment Violation- Deliberate Indifference

Defendants: Captain Hawkins, LT wargo, LT Laghia, LT Malonado, Sgt Kelly, C.O. Sixtiller, and C.O. Lewis acted with the state of mind required to establish the 8th Amendment violation Deliberate indifference when:

- On 5/13/2018 Plaintiff asked for an alternative cell due to health and safety concerns to plaintiffs housing upon the factual basis offender Tevin Wright exposed his murderous intentions to staff members.
- On 5/13/2018 Offender Tevin Wright indicated his intentions to kill the plaintiff causing safety concerns of security amoungst plaintiff life, yet all staff members present purposely disregarded safety encouraging the assault
- On 5/13/2018 staff members knew of the risk concerning plaintiff's health and safety if housed with offender Tevin Wright, failing to act to imminent danger.
- On 5/13/2018 Plaintiff was injured by staff due to excessive force inflicting damages of loosening teeth, concavement and misalignment to lower right jaw.
- On 5/13/2018 plaintiff was injured due to staff placing the plaintiff in cell with offender Tevin Wright in which the plaintiff suffered damages and pain to right fist.
- Plaintiff Salani Johnson require additional treatment to plaintiff's right lower jaw and right fist he is not reciculing as the plaintiff suffers in pain from injuries in need of urgent treatment along with mental health treatment due to emotional and mental anguish, in which from date 5/13/2018 - current date has suffered, therefore the plaintiff request as luled a sum of money damages regarding defendants punitive and compen-satory claims of relief.

8th Amendment Violation - Cruel And Unusal Punishment    Defendants Niece, Kendra, Faulkner, Oveilia. Defendants, Mertens, Suppes, Arguello, Roland Jackson, Dolley, Hartman, Lucero, Andriello, Elbel, Mitchell, Nurse Brittany, Criles, Tonchie, Leon Johnson, Nurse Chantel Lofman, Moreno, Winger, Shivo, Weaver, Scott, Piel and pappas knowingly acted with the state of mind required to establish the 8th Amendment violation when:

- On 8/21/2018 Mertens and suppes knowingly and intentionally failed to act to plaintiffs medical and dental concerns, as the plaintiff produced factual documents which indicated the plaintiff is in need of care being deprived by medical and dental
- On 8/21/2018 Mertens sent the plaintiff to restrictive housing, due to the plaintiff stating Mertens may lose his job due to perjury as Mertens failed to act to plaintiffs inadequate health care treatment.

• On 8/21/2018 Arguello knowingly and intentionally intended to humiliate the plaintiff as the plaintiff request numerous medical and mental health emergency's, were as Arguello states no refusing. health care treatment failing to act to Jeffrey Quibin's remarks stating, per Quibin you are already hurt before coming to the hole.

• On 8/21/2018 Jeffrey Quibin knowingly and intentionally intended to humiliate/demean the plaintiff referring to the plaintiff, as dumb ass due to the plaintiff refusing to sign the cell acceptance, as the plaintiff is injured in pain.

• On 8/21/2018 Nurse Faulkner knowingly and intentionally intended to lie about observing injuries to the plaintiffs feet, yet granting the plaintiff tylenol and ice depriving treatment from 8/21/2018 - 12/10/2018 of the plaintiff leaving SCF, humiliating the plaintiff as the plaintiff was required to scoot on the floor.

• On 8/21/2018 Nurse Kendra knowingly and intentionally intended to humiliate the plaintiff stating the plaintiff has to stand in order to take medication, when Nurse Kendra was told the plaintiff was injured

• On 8/21/2018 Roland Jackson knowingly and intentionally deprived the plaintiff of legal material humiliating the plaintiff stating the plaintiff will not recieve legal documents until plaintiff stands, were as the plaintiff told Roland Jackson he is unable to as the plaintiff is injured

• On 8/21/2018 Suppes knowingly and intentionally failed to act to the circumstances, were as he was present neglecting to notify the appropriate channel of figures in order to discontinue deprival of health care treatment

• On 8/21/2018 Sgt Hartman knowingly and intentionally deprived the plaintiff of legal material intending to humiliate the plaintiff stating the plaintiff has to stand in order to recieve legal material, yet hartman gave plaintiff 3 blankets etc.

On 8/22/2018 Sgt Sadriello and Elbel knowingly and intentionally deprived the plaintiff of breakfast as Elbel told the plaintiff to stand up and get your food or you wont eat humiliating the plaintiff as the plaintiff stated he was unable to due to injuries to feet

• On 8/22/2018 Nurse Brittany knowingly and intentionally refused to assess the plaintiffs injuries depriving care stating with sarcasm, someone else will look at it depriving care.

• On 8/22/2018 Griles, Tonchie, and Leon Johnson knowingly and intentionally intended to demean/humiliate the plaintiff refusing accommodations laughing at the plaintiff for using his ice bag as a toilet, as the plaintiff was injured in pain

• On 8/22/2018 Nurse Chantel Lotman knowingly and intentionally intended to deprive ca insisting on asking irrelevant questions in order to make the plaintiff seem like he was refusing treatment.

• On 8/22/2018 Elbel refused the Plaintiff of food knowingly and intentionally stating Nurse Chantel Lotman cleared the plaintiff to walk in which Chantel Lotman lied, also Elbel knowingly and intentionally deprived food causing the plaintiff to become dizzy suffering from a headache, as injuries ached even more without food, were as C.O. Mitchell failed to act regarding notifying the Chief of Medical or concerns of plaintiff crawling on the floor.

• On 8/22/2018 Griles and Leon Johnson harassed the plaintiff humiliating the plaintiff stating the plaintiff still hasn't shitted and pissed on the floor which means he's alright, antagonizing the plaintiff.

• On 8/22/2018 Dolley, Moreno, and Arguello failed to act, not notifying the proper figure of the abuse/neglect of medical treatment watching the plaintiff scoot and crawl on the floor as the plaintiff was humiliated.

• On 8/22/2018 Shimo and Arguello knowingly and intentionally refused the plaintiff of legal material stating the plaintiff has to stand in order to recieve it, as the plaintiff indicates he is unable to due to injuries.

• On 8/22/2018 Shimo knowingly and intentionally deprived the plaintiff of medicine, when Shimo had full knowledge of plaintiffs injuries refusing medication, intending to humiliate the plaintiff stating the plaintiff have to stand.

• On 8/23/2018 Lucero states DOC knowingly and intentionally wont give the plaintiff nothing unless the plaintiff stands up humiliating the plaintiff watching the plaintiff scoot and cra

on the floor.
• On 8/23/2018 Shine Knowingly and intentionally deprived the plaintiff of his property
• On 8/23/2018 LT Weaver Knowingly and intentionally deprived the plaintiff of contacting family to notify them of the circumstance of assault by staff unplugging the phone depriving safely.
• On 8/23/2018 LT Weaver Knowingly and intentionally made up an excuse Knowingly and intentionally depriving the plaintiff of his legal material as Weaver had the plaintiffs tray slot open speaking to the plaintiff, yet humiliated the plaintiff not notifying the proper individuals of the concern of the plaintiff scooting and crawling on the floor.
• On 8/23/2018 LT Winget and Quilin harrassed the plaintiff calling the plaintiff names intending to humiliate the plaintiff.
• On 8/24/2018 LT Piel Knowingly and intentionally allowed the plaintiff to not be given his property as the plaintiff was unable to brush his teeth or clean himself as both pappas and LT Piel were present observing the plaintiff crawling on the floor as staff failed to act refusing to notify the proper individuals of the concern of plaintiff scooting and crawling on floor
• On 8/24/2018 captain Scott intended to demean the plaintiff stating he is smarter then the plaintiff intending to Knowingly and intentionally try to make the plaintiff walk to his office humiliating the plaintiff when captain scott has full knowledge of the plaintiffs injuries.
• On 8/24/2018 Captain Scott Knew the plaintiff had not been able to brush his teeth from date 8/21/2018-8/24/2018 Knowingly and intentionally relaliating against the plaintiff due to the plaintiffs inability to stand.
• All Defendants involved have created a substantial risk to the plaintiffs health refusing to inform the Chief Medical Officer of the potential loss of life and limb neglecting treatment to feet, back, neck and leg, due to retaliation intending to cover Sgt Neece and Quilins assault upon the plaintiff were as all named defendants humiliated the plaintiff were as the plaintiff currently suffers from debilitating physical injuries difficult to ascertain as staff watched the plaintiff scoot and crawl on

the floor from 8/21/2018 - 12/16/2018. The plaintiff also suffers from mental and emotional injury in which the plaintiff require further treatment causing the plaintiff to request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief.

8th Amendment Violation Cruel And Unusual Punishment          Overchief, Nurse Mitchell

Defendants: LT Crowder, LT Fernandez, Hardaway, LT winget, Taylor, Sgt Taylor, Mantych, Tuck, Moreno, Captain Wingsham, Reedy and Sgt Hartman acted with the state of mind required to establish the 8th Amendment Violation Cruel and Unusual punishment when:

• On 9/9/2018 LT Crowder knowingly and intentionally expressed he would fuck the plaintiff up, as LT Fernandez was present but failed to act to LT Crowders threat, intending to subject the plaintiff to wanton infliction of pain/injury by use of force where force was not needed verbally indicating deprival of safety later carrying out the threat.

• On 9/9/2018 LT Fernandez knowingly and intentionally intended to cuff the plaintiff threatening to mace the plaintiff due to plaintiff's inability to stand. The plaintiff informed LT Fernandez and LT Crowder of injurys stating the incapability of staff's request.

• On 9/9/2018 C.O. Tuck, Mantych, Hardaway, Sgt Taylor, LT winget, and C.O. Taylor knowingly and intentionally watched staff member LT crowder and C.O. Moreno pick the plaintiff up from the floor and slam the plaintiff to the floor while detained opposing no threat as staff used force where force was not needed due to retaliation, as staff caused further pain and injury to the plaintiff as staff intended to humiliate the plaintiff were as staff who observed the assault failed to act to the use of excessive force.

• C.O. Moreno caused further pain and injury to plaintiff's right foot second toe when Moreno applied added pressure to the plaintiffs injury knowingly and intentionally

• Sgt Overturf knowingly and intentionally deprived the plaintiff of safety slamming the plaintiffs head to the concrete slab causing the plaintiff to lose conciousness applying further pain and injury, using force where force was not needed giving the plaintiff a concussion.

- On 9/9/2018 LT Crowder and LT Fernandez knowingly and intentionally deprived the plaintiff of a medical emergency, laughing and smiling at the plaintiff, humiliating the plaintiff as the plaintiff wore no clothes, depriving the plaintiff of health care.

- On 9/9/2018 The plaintiff requested toilet paper to use toilet, but was deprived by staff knowingly and intentionally depriving the plaintiff of adequate mobility humiliating the plaintiff as the plaintiff had to urinate on the floor. C/O Deady knew of the corruption but failed to act, as Captain Livingston and Hartman tortured the plaintiff keeping the plaintiff in the cold cell with no clothes, where as the plaintiff could not sleep, stating the plaintiff has to stand in order to comply with strip - search The plaintiff notified staff that he could not stand due to injuries, yet staff continued to retaliate until 9pm to 5:40am as the plaintiff was not able to speak to medical until 4am regarding injuries.

- Nurse Mitchell on 9/9/2018 knowingly and intentionally committed fraud stating nothing was wrong with the plaintiff depriving the plaintiff of care.

- Plaintiff Jabari Johnson was attacked by staff knowingly and intentionally in which caused further physical pain and injury to the plaintiff as the plaintiff suffers from debilitating injuries difficult to ascertain in which Dr. Richard Hodge states the plaintiff is in need of physical therapy which was created by numerous defendants from 8/21/2018 - 12/10/2018, where staff used force were force was not needed creating pain and injury to plaintiff head, leg, feet, neck, and back, as the plaintiff is unable to sleep nor is able to move around his cell in his wheelchair due to severe pain which has continued from 9/9/2018 to current date, as the plaintiff was deprived of a wheelchair by SCF medical staff from 9/9/2018 - 12/10/2018, yet the medical staff at CD stated the plaintiff was in fact in a cripple state The plaintiff is more so in need of therapy due to HSA craig wood, Nicole Wilson and Amy Rider lying from Oct 2017 - 2019 stating the plaintiff is not injured as the plaintiffs injuries have been knowingly and intentionally left untreated causing emotional and mental damages subjecting the plaintiff to cruel conditions of confinement, humiliating the plaintiff depriving the plaintiff of the basic need of care and safety

, there for the plaintiff request as listed a sum of money damages regarding defendants punitive and compensatory claims of relief.

- 8th Amendment Violation - Cruel And Unusual Punishment

Defendants : Crary Ward, Nicole Wilson, and Amy Rider acted with the state of mind required to establish the 8th Amendment Violation Cruel And Unusual Punishment when:

- From October 2017-2019 Crary Ward, Nicole Wilson, and Amy Rider deprived the plaintiff of medical/dental care knowingly and intentionally as the plaintiff grieved and produced numerous factual documentation yet due to plaintiffs intent to sue they continuously committed fraud on plaintiffs grievances and medical records.

- Plaintiff Jabari Shawn currently require treatment to current date to all injuries that have been listed within this complaint of case 17-CV-02346 MSK-MEH

G. Request for Relief

| Defendants | Punitive Damages | Compensatory Damages |
|---|---|---|
| Dr Kavina Thompson | $ 70,000 | $ 70,000 |
| Dr. Vargas | $ 75,000 | $ 75,000 |
| Bustamante | $ 30,000 | $ 30,000 |
| Sgt Miller | $ 50,000 | $ 25,000 |
| Rerin | $ 100,000 | $ 100,000 |
| Sgt Reyna | $ 100,000 | $ 100,000 |
| Sgt Virgo | $ 100,000 | $ 100,000 |
| Captain Hawkins | $ 100,000 | $ 100,000 |
| LT Wargo | $ 100,000 | $ 100,000 |
| LT Laytin | $ 100,000 | $ 100,000 |
| LT Maianado | $ 100,000 | $ 100,000 |
| Sgt Kelly | $ 100,000 | $ 100,000 |
| Six Hiller | $ 100,000 | $ 100,000 |
| Lewis | $ 100,000 | $ 100,000 |
| Nurse Kayla Fritz | $ 100,000 | $ 100,000 |
| Sgt Pacciane | $ 100,000 | $ 100,000 |
| LT Torre | $ 30,000 | $ 15,000 |
| Tebault | $ 40,000 | $ 50,000 |
| Merkas | $ 80,000 | $ 30,000 |
| Sgt Suppess | $ 50,000 | $ 50,000 |
| Arguello | $ 100,000 | $ 100,000 |
| LT Roland Jackon | $ 100,000 | $ 100,000 |
| Sgt Dalley | $ 100,000 | $ 100,000 |
| Sgt Dartman | $ 100,000 | $ 100,000 |
| Nurse Kandra | $ 100,000 | $ 100,000 |
| Nurse Halley Faulkner | $ 100,000 | $ 100,000 |
| LT Quillin | $ 150,000 | $ 150,000 |

## G. Request For Relief

| Defendant(s) | Punitive Damages | Compensatory damages |
|---|---|---|
| Charles Border | $50,000 | $15,000 |
| Dalm | $35,000 | $25,000 |
| Nurse Maria Nevarez | $50,000 | $50,000 |
| Runk | $45,000 | $15,000 |
| J. Schmidt | $50,000 | $50,000 |
| Barksdale | $50,000 | $50,000 |
| Uribe | $50,000 | $50,000 |
| Dokenberger | $50,000 | $50,000 |
| Sgt Dess | $25,000 | $5,000 |
| Juan Barnes | $100,000 | $100,000 |
| Gerardo Wence | $100,000 | $100,000 |
| Jane Doe love (Chap) | $75,000 | $75,000 |
| John Doe (Chap) | $75,000 | $75,000 |
| Nurse Risikat | $25,000 | $10,000 |
| Nurse Michelle Barry | $5,000 | $10,000 |
| Cpl Jic Fisher | $10,000 | $10,000 |
| Cpt Brian Scott | $10,000 | $10,000 |
| Pinali | $2,000 | $500 |
| Kelly | $2,000 | $500 |
| Joe Clark | $35,000 | $60,000 |
| Mike Beechdy | $25,000 | $25,000 |
| Nurse Curtis Murphy | $80,000 | $60,000 |
| Hawton | $75,000 | $7500 |
| Dr Laura Allen | $150,000 | $150,000 |
| Rigge | $5,000 | $10,000 |
| Officer John Doe | $15,000 | $20,000 |
| Lt Spenks | $20,000 | $10,000 |

G1

## Request for Relief

| Defendants | Punitive Damages | Compensatory Damages |
|---|---|---|
| Sgt Neece | $ 100,000 | $ 100,000 |
| Lucero | $ 100,000 | $ 100,000 |
| Andriello | $ 100,000 | $ 100,000 |
| Elbel | $ 100,000 | $ 100,000 |
| Mitchell | $ 100,000 | $ 100,000 |
| Nurse Brittany | $ 100,000 | $ 100,000 |
| Leon Johnson | $ 100,000 | $ 100,000 |
| Nurse Chantel Lohmann | $ 100,000 | $ 100,000 |
| Morena | $ 100,000 | $ 100,000 |
| LT Wingert | $ 100,000 | $ 100,000 |
| Shiro | $ 100,000 | $ 100,000 |
| LT Weaver | $ 100,000 | $ 100,000 |
| LT Piel | $ 100,000 | $ 100,000 |
| Pappas' | $ 100,000 | $ 100,000 |
| LT Crowder | $ 100,000 | $ 100,000 |
| LT Fernandez | $ 100,000 | $ 100,000 |
| Hardaway | $ 100,000 | $ 100,000 |
| Taylor (Sgt) | $ 100,000 | $ 100,000 |
| Taylor (C.o) | $ 100,000 | $ 100,000 |
| Mavtych | $ 100,000 | $ 100,000 |
| Tuck | $ 100,000 | $ 100,000 |
| Reedy | $ 100,000 | $ 100,000 |
| Capt Wangshm | $ 100,000 | $ 100,000 |
| Overturf | $ 100,000 | $ 100,000 |
| Briles | $ 100,000 | $ 100,000 |
| Tonchie | $ 100,000 | $ 100,000 |
| Nurse Mitchell | $ 100,000 | $ 100,000 |

## G. Request for Relief

| Defendants | Punitive Damages | Compensatory Damages |
|---|---|---|
| Hayward | $150,000 | $150,000 |
| May Rider | $150,000 | $150,000 |
| Nicole Wilson | $150,000 | $150,000 |
| Rodriegez | $25,000 | $25,000 |
| Carpenter | $100,000 | $100,000 |
| Bloth | $100,000 | $100,000 |
| Capt Scott | $100,000 | $100,000 |
| Nurse Victoria Rollers | $100,000 | $100,000 |

Section E Previous Lawsuits

Name of Defendants: Border, Department of corrections, Weld County Sheriffs office, Department of Corrections, XJawkins, Border, Paccione, Miller, Humphrey, Giles, Renk, Norton, Emerick, XJawkins, Pacciene, Baike, Quilin, Scott, Quaker, Thompson, Bourne, Bustamonte, williams, Border, williams, Crowder, Quilen, and Smith

Docket number and court: 17-CV-33093,17-CV-02756, 17-CV-02703, 18-CV-02221, 18-CV-02202, 18-CV-02492, 18-CV-02521, 18-CV-02191, 18-CV-02192, 18-CV-02502, 18-CV-02863, 18-CV-03043, 19-CV-01390, 19-CV-01524, 19-CV-01525, 19-CV-01521, 19-CV-01553, 19-CV-01582, 19-CV-01622, 19-CV-01654, 19-CV-01818, 19-CV-01833, 19-CV-01801, 19-CV-01950, 19-CV-01953, 19-CV-01974, 19-CV-01981

Disposition: dismissed

Reason for dismissal if dismissed: Bias/perjury lying stating the plaintiff failed to prosecute.

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

*allon anolher page filled Section E Previous lawsuits*

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Request for relief would not fit on this page due to having 90 Defendants, so I chatted 2 full pages placing all the defendants on and their sum for damages.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Form Revised December 2017)

6



neopost
10/07/2019
US POSTAGE
$027.20
ZIP 81212
041L11241745

DOC#
OFFENDER LAST NAME      INT
11701   Salinas
STAFF LAST NAME      INT
FACE-R51EDT 19624   2E
DATE REC'D
10-6-19
FACILITY
CSP